UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION, )
600 Pennsylvania Avenue, N.W. )
Washington, DC 20580 )
 )
      Plaintiff, )
 )
  v. ) Civ. No.
 )
WHOLE FOODS MARKET, INC., )
550 Bowie Street )
Austin, Texas 78703 )
 )
 - and - )
 )
WILD OATS MARKETS, INC., )
1821 30th Street )
Boulder, Colorado 80301 )
 )
      Defendants. )

**PLAINTIFF'S MOTION AND MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT FOR AN ORDER DIRECTING
THE FILING UNDER SEAL OF CERTAIN DOCUMENTS**

Plaintiff, the Federal Trade Commission (the "Commission"), respectfully moves the Court for an order, pursuant to Rules 5 and 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 5.1(j), directing the Clerk of the Court to file under seal, until further order, the following three documents:

(1) Complaint for Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act;

(2) Memorandum in Support of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction; and

(3) All exhibits accompanying the Memorandum in Support of Plaintiff's Motions for

Temporary Restraining Order and Preliminary Injunction.

The Commission is filing motions for a temporary restraining order and a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), to enjoin the impending acquisition by defendant Whole Foods Market, Inc. of defendant Wild Oats Markets, Inc.  Attached to the Commission's moving papers are documents that contain sensitive business information provided to the Commission by defendants and third parties during its investigation of the proposed acquisition.  This sensitive information was provided to the Commission in confidence and has thus far been protected from public disclosure during the Commission's investigation by virtue of various statutory provisions.  *See* 15 U.S.C. §§ 46(f), 57b-2(b), 57b-2(c); 16 C.F.R. § 4.10(d); 15 U.S.C. § 18a(h).

Consistent with these statutory provisions, the appropriate course in any ensuing Court proceeding is to: (1) file such documents under seal; and (2) notify the producing parties that the documents containing this information have been filed under seal.

After the filing of its initial moving papers, the Commission may move the Court to unseal some or all of the documents after the defendants have had full opportunity to review such documents.

In accordance with Local Civil Rule 7(m), Plaintiff has discussed this motion with defendants' counsel, and counsel has indicated defendants will not oppose the motion.

A proposed order is attached.

2

Respectfully submitted,

Dated: June 6, 2007

_____
Michael J. Bloom
Director of Litigation
Bureau of Competition
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(202) 326-2475 (direct dial)
(202) 326-2884 (facsimile)
mjbloom@ftc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br><br>                    Plaintiff,<br><br>     v.<br><br>WHOLE FOODS MARKET, INC.,<br>550 Bowie Street<br>Austin, Texas 78703<br><br>    - and -<br><br>WILD OATS MARKETS, INC.,<br>1821 30th Street<br>Boulder, Colorado 80301<br><br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civ. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER DIRECTING THE FILING
UNDER SEAL OF CERTAIN DOCUMENTS**

Upon consideration of plaintiff's motion for an order, pursuant to Rules 5 and 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 5.1(j), directing the filing under seal of certain documents,

IT IS HEREBY ORDERED that the Complaint, Memorandum in Support of Plaintiff's Motions for Temporary Restraining Order, Preliminary Injunction (the "Memorandum"), and all appendices and exhibits accompanying the Memorandum be filed under seal until further order of the Court; and

IT IS FURTHER ORDERED that plaintiff Federal Trade Commission may at any time file on the public record a duplicate copy of the Memorandum that does not reveal confidential

material. Confidential material includes material and information contained therein that is defined or treated as confidential under Rule 26(c)(7) of the Federal Rules of Civil Procedure; Section 6(f), 21(b), or 21(c) of the Federal Trade Commission Act, 15 U.S.C. §§ 46(f), 57b-2(b), 57b-2(c); Commission Rule 4.10(d), 16 C.F.R. § 4.10(d); or Section 7A(h) of the Clayton Act, 15 U.S.C. § 18a(h). The identity of a third party submitting such confidential material also shall be treated as confidential material for the purposes of this Order where the third party submitter has requested such confidential treatment; and

IT IS FURTHER ORDERED that plaintiff Federal Trade Commission may move to unseal some or all documents after the defendants have had full opportunity to review the documents.

ISSUED this _____ day of _____, 2007, at _____ a.m./p.m.

ORDERED:

_____
United States District Court Judge