FILED
JUN - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC  20580<br><br>             Plaintiff,<br><br>      v.<br><br>WHOLE FOODS MARKET, INC.,<br>550 Bowie Street<br>Austin, Texas  78703<br><br>      - and -<br><br>WILD OATS MARKETS, INC.,<br>1821 30th Street<br>Boulder, Colorado  80301<br><br>             Defendants. | Civ. No.  07 1021 |

### [PROPOSED] ORDER DIRECTING THE FILING UNDER SEAL OF CERTAIN DOCUMENTS

Upon consideration of plaintiff's motion for an order, pursuant to Rules 5 and 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 5.1(j), directing the filing under seal of certain documents,

IT IS HEREBY ORDERED that the Complaint, Memorandum in Support of Plaintiff's Motions for Temporary Restraining Order, Preliminary Injunction (the "Memorandum"), and all appendices and exhibits accompanying the Memorandum be filed under seal until further order of the Court; and

IT IS FURTHER ORDERED that plaintiff Federal Trade Commission may at any time file on the public record a duplicate copy of the Memorandum that does not reveal confidential

material. Confidential material includes material and information contained therein that is defined or treated as confidential under Rule 26(c)(7) of the Federal Rules of Civil Procedure; Section 6(f), 21(b), or 21(c) of the Federal Trade Commission Act, 15 U.S.C. §§ 46(f), 57b-2(b), 57b-2(c); Commission Rule 4.10(d), 16 C.F.R. § 4.10(d); or Section 7A(h) of the Clayton Act, 15 U.S.C. § 18a(h). The identity of a third party submitting such confidential material also shall be treated as confidential material for the purposes of this Order where the third party submitter has requested such confidential treatment; and

IT IS FURTHER ORDERED that plaintiff Federal Trade Commission may move to unseal some or all documents after the defendants have had full opportunity to review the documents. *all subject to further order of the Court.* _TFH_

ISSUED this ___6___ day of ___June___, 2007, at _3:15_ a.m./p.m.

ORDERED:

_____
United States District Court Judge