UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br><br>    Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET, INC.,<br>550 Bowie Street<br>Austin, Texas 78703<br><br>    - and -<br><br>WILD OATS MARKETS, INC.,<br>1821 30th Street<br>Boulder, Colorado 80301<br><br>    Defendants. | Civ. No. 07-cv-01021 - PLF |

**CONSENT MOTION FOR STIPULATED TEMPORARY RESTRAINING ORDER**

Plaintiff Federal Trade Commission hereby moves the Court for, and defendants Whole Foods Market, Inc. and Wild Oats Markets, Inc. consent to the entry of an order, pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), temporarily restraining defendant Whole Foods from consummating any acquisition of any stock, assets, or other interest, directly or indirectly, in Wild Oats, pending the Court's resolution Plaintiff's pending motion for a preliminary injunction, and ordering defendant Whole Foods to take any and all necessary steps to prevent any of its domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from making any such acquisition.

A proposed order is attached.

RECEIVED
JUN - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Dated: June 7, 2007

*Thomas H. Brock*

Thomas H. Brock, Esq.
D.C. Bar No. 939207
Bureau of Competition
Federal Trade Commission
600 New Jersey Ave., N.W.
Washington, D.C. 20580
(202) 326-2813
TBrock@FTC.gov

Counsel for the Federal Trade Commission

Dated: June 7, 2007

*Alden L. Atkins*

Alden L. Atkins, Esq.
D.C. Bar No. 393922
Vinson & Elkins
The Willard Office Building
1455 Pennsylvania Ave., N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6613
Aatkins@VELaw.com

Counsel for Whole Foods Market, Inc.

Dated: June 7, 2007

*Clifford H. Aronson*

Clifford H. Aronson, Esq.
D.C. Bar. No. 335182
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Caronson@Skadden.com

Counsel for Wild Oats Markets, Inc.