**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET, INC. )<br>)<br>and )<br>)<br>WILD OATS MARKETS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:07-CV-01021 (PLF) |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appears as counsel of record for Defendant Whole Foods Market, Inc.

    Respectfully,

    /s/ Alden L. Atkins
    Alden L. Atkins
    DC Bar No. 393922
    VINSON & ELKINS L.L.P.
    1455 Pennsylvania Avenue, NW
    Washington, DC  20004
    202.639.6613
    aatkins@velaw.com

    Attorney for Defendant
    Whole Foods Market, Inc.

June 8, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of June, 2007, I caused the foregoing Notice of Appearance to be filed and served using the Court's ECF system and also caused these same papers to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Wild Oats Markets, Inc.**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
caronson@skadden.com

/s/ Alden L. Atkins_____
Attorney for Whole Foods Market, Inc.

DC 680503v.1