AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission

       Plaintiff(s)       )
                                    )    **APPEARANCE**
                                    )
              vs.            )    CASE NUMBER  07-cv-01021-PLF
Whole Foods Markets, Inc., et al.  )
       Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Thomas H. Brock, Esq.   as counsel in this
                                     (Attorney's Name)

case for:   Federal Trade Commission
               (Name of party or parties)

June 8, 2007

Date

*(signed)* Thomas H. Brock

Signature

Thomas H. Brock
Print Name

D.C. Bar 939207
BAR IDENTIFICATION

601 New Jersey Ave., N.W.
Address

Washington, D.C.  20580
City    State    Zip Code

(202) 326-2813
Phone Number