UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FEDERAL TRADE COMMISSION
:
              Plaintiff,
:
  - against -
:
WHOLE FOODS MARKETS, INC.; and    Civil Action No. 1:07-CV-01021 (PLF)
WILD OATS MARKET, INC.,      :

            Defendants  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.2(d), the undersigned hereby moves for the Admission *Pro Hac Vice* of Attorneys Terrence J Wallock, Thomas Pak, and Matthew P. Hendrickson for purposes of this case. Please see the attached Declarations of Terrence J. Wallock, Thomas Pak, and Matthew P. Hendrickson in compliance with the Local Rule.

June 11, 2007                        Respectfully submitted,

                                        /s/ Gary A. MacDonald_____
                                        Gary A. MacDonald (DC Bar No. 418378)
                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        1440 New York Avenue, N.W.
                                        Washington, DC 20005
                                        202-371-7000
                                        gmacdona@skadden.com

                                        Clifford H. Aronson (DC Bar No. 335182)
                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        Four Times Square
                                        New York, New York 10036
                                        212-735-3000
                                        caronson@skadden.com

                                        *Attorneys for Defendant Wild Oats Markets, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of June, 2007, I caused the foregoing Motion for Leave to Appear Pro Hac Vice and the accompanying Declarations of Terrence J. Wallock, Thomas Pak, and Matthew P. Hendrickson to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Whole Foods Market, Inc.**

Alden L. Atkins
VINSON & ELKINS LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
atkins@velaw.com

    /s/ Thomas Pak_____
    Attorney for Wild Oats Markets, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
FEDERAL TRADE COMMISSION          :

       Plaintiff,              :

  - against -                     :

WHOLE FOODS MARKETS, INC.; and    :   No. 1:07-CV-01021 (PLF)
WILD OATS MARKET, INC.,           :

       Defendants              :
---------------------------------x

## DECLARATION OF THOMAS PAK IN SUPPORT OF
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

1. My name is Thomas Pak.

2. My office address is Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.  My office telephone number is 212-735-3000.

3. I am admitted to practice in the State of New York, the Southern District of New York, and the Eastern District of New York.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* before this Court at any time within the last two years.

6. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2007

                                                              Thomas Pak
                                                              Skadden, Arps, Slate, Meagher & Flom LLP
                                                              Four Times Square
                                                              New York, New York 10036
                                                              212-735-3000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x
FEDERAL TRADE COMMISSION                    :

        Plaintiff,
                                    :

   - against -
                                    :

WHOLE FOODS MARKETS, INC.; and            No. 1:07-CV-01021 (PLF)
WILD OATS MARKET, INC.,                     :

        Defendants                  :
------------------------------x

## DECLARATION OF MATTHEW P. HENDRICKSON IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

1. My name is Matthew P. Hendrickson.

2. My office address is Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036. My office telephone number is 212-735-3000.

3. I am admitted to practice in the State of New York and the Southern District of New York. I have also been admitted to practice in the District of Columbia and the State of Minnesota, but am no longer an active member of those bars.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* before this Court at any time within the last two years.

6. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2007

                                                   Matthew P. Hendrickson
                                                   Skadden, Arps, Slate, Meagher & Flom LLP
                                                   Four Times Square
                                                   New York, New York 10036
                                                   212-735-3000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x

FEDERAL TRADE COMMISSION

        Plaintiff,

  - against -

WHOLE FOODS MARKETS, INC.; and     No. 1:07-CV-01021 (PLF)
WILD OATS MARKET, INC.,

        Defendants

------------------------------x

### DECLARATION OF TERRENCE J. WALLOCK IN SUPPORT
### OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

1. My name is Terrence J. Wallock.

2. My office address is 2224 Pacific Dr., Corona Del Mar, CA 92625. My office telephone number is 949-375-0683.

3. I am admitted to practice in the State of California.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* before this Court at any time within the last two years.

6. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2007

                                            Terrence J. Wallock
                                            2224 Pacific Dr.
                                            Corona Del Mar, CA 92625
                                            949-375-0683