IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civ. No. 07-cv-01021 - PLF | |
| ) | | |
| WHOLE FOODS MARKET, INC. and ) | **FILED UNDER SEAL** | |
| WILD OATS MARKETS, INC., ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

**NOTICE OF SUBMITTING ADDITIONAL EXHIBIT PAGES TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Federal Trade Commission submits additional pages to Exhibits 2 and 15 filed with Plaintiff's Memorandum in Support of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction on June 6, 2007. These pages were inadvertently omitted from Plaintiff's original submission. Plaintiff files these additional exhibit pages under seal pursuant to the Court's Order Granting Leave to File Under Seal granted on June 6, 2007.

Respectfully submitted,

Dated: June 13, 2007                     /s/
                                         Thomas H. Brock
                                         Federal Trade Commission
                                         601 New Jersey Ave., N.W.
                                         Washington, DC 20001
                                         (202) 326-2813 (direct dial)
                                         (202) 326-2284 (facsimile)
                                         tbrock@ftc.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing papers were served by e-mailing a copy to:

> Alden L. Atkins, Esq.
> Vinson & Elkins LLP
> The Willard Office Building
> 1455 Pennsylvania Ave., N.W.
> Suite 600
> Washington, D.C.  20004-1008
> (202) 639-6613
> Aatkins@VELaw.com
>
> Clifford H. Aronson, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> (212) 735-2614
> Caronson@Skadden.com

Dated: June 13, 2007                    _____/s/_____
                                        Thomas H. Brock, Esq.