IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:07-CV-01021 (PLF) |
| ) | |
| WHOLE FOODS MARKET, INC. ) | |
| ) | |
| and ) | |
| ) | |
| WILD OATS MARKETS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Defendant Whole Foods Market, Inc.

Respectfully,

/s/ John D. Taurman
John D. Taurman
DC Bar No. 133942
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, NW
Washington, DC  20004
202.639.6650
jtaurman@velaw.com

Attorney for Defendant
Whole Foods Market, Inc.

June 14, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of June, 2007, I caused the foregoing Notice of Appearance to be filed and served using the Court's ECF system and also caused these same papers to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Wild Oats Markets, Inc.**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
caronson@skadden.com

                                        /s/ John D. Taurman_____
                                        Attorney for Whole Foods Market, Inc.

DC 680602v.1