# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:07-CV-01021 (PLF) |
| WHOLE FOODS MARKET, INC. and WILD OATS MARKETS, INC., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Defendant Whole Foods Market, Inc.

Respectfully,

/s/ Neil W. Imus
Neil W. Imus
DC Bar No. 394544
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, NW
Washington, DC  20004
202.639.6675
nimus@velaw.com

Attorney for Defendant
Whole Foods Market, Inc.

June 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of June, 2007, I caused the foregoing Notice of Appearance to be filed and served using the Court's ECF system and also caused these same papers to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Wild Oats Markets, Inc.**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
caronson@skadden.com

 

/s/ Neil W. Imus
Attorney for Whole Foods Market, Inc.

DC 680514v.1