UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-cv-01021-PLF |
| | ) |
| WHOLE FOODS MARKET, INC., | ) |
| | ) |
| - and - | ) |
| | ) |
| WILD OATS MARKETS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF THIRD PARTY INTEREST IN DEFENDANTS' MOTION
FOR ENTRY OF A FINAL PROTECTIVE ORDER**

In this case, the Federal Trade Commission ("Commission") challenges the merger of Whole Foods Market, Inc., and Wild Oats Markets, Inc., as a violation of section 7 of the Clayton Act, 15 U.S.C. § 18.

As a first step in this litigation, the parties submitted a carefully-negotiated, and jointly-stipulated Interim Protective Order which the Court entered on June 8, 2007. (Document No. 11.) Three days later, defendants unilaterally moved for entry a new protective order (Document No. 12) that, unlike the stipulated agreement the Court entered, would give the in-house general counsel of Whole Foods unrestricted access to all materials the Commission obtained from third parties during our investigation of the merger. Since then, more than a half dozen third parties – all of whom received the interim stipulation when it was filed with the Court – have contacted the Commission to object to the release of their materials to Whole Foods' in-house counsel as now proposed by defendants.

Based on the statements of third parties to date, we expect that several third parties may file briefs asking the Court to reject defendants' amended protective order. The Commission itself wishes to learn more about the third parties' concerns before taking a final position on defendants' motion. Therefore, we respectfully suggest that the Court forego ruling on defendants' motion until sometime after June 22, 2007, which would give these third parties and the Commission the full eleven days contemplated by Local Rule 7(b) to respond to defendants' motion. We are committed to responding to the motion as quickly as possible and counsel for certain third parties have indicated that they will file briefs by the end of next week.

Pursuant to Local Rule 7(m), we advise the Court that in June 14, 2007 telephone conversations, counsel for defendants did not take a position on this notice.

In the meantime, the Commission currently intends to produce third party materials to defendants' outside counsel of record under the terms of the Interim Protective Order.

Respectfully submitted,

Dated: June 15, 2007

/s/ Thomas H. Brock
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
Telephone:    (202) 326-2813
Facsimile:    (202) 326-3384
Tbrock@FTC.gov

Counsel for the Federal Trade Commission

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing papers were served by emailing a copy to:

>Alden L. Atkins, Esq.
>Vinson & Elkins LLP
>The Willard Office Building
>1455 Pennsylvania Ave., N.W.
>Suite 600
>Washington, D.C.  20004-1008
>(202) 639-6613
>Aatkins@VELaw.com
>
>Counsel for Defendant Whole Foods Market, Inc.
>
>Clifford H. Aronson, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>1440 New York Avenue, N.W.
>Washington, D.C.  20005
>(212) 735-2614
>Caronson@Skadden.com
>
>Counsel for Defendant Wild Oats Markets, Inc.

Dated: June 15, 2007           /s/ Thomas H. Brock, Esq
                              Thomas H. Brock, Esq.