UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
FEDERAL TRADE COMMISSION            :

        Plaintiff,          :

- against -                         :

WHOLE FOODS MARKETS, INC.; and        No. 1:07-CV-01021 (PLF)
WILD OATS MARKET, INC.,             :

        Defendants          :
---------------------------------x

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

      I, the undersigned, counsel of record for Wild Oats Markets, Inc., certify that there are no parent companies, subsidiaries or affiliates of Wild Oats Markets, Inc. that have any outstanding securities in the hands of the public.

      These representations are made in order that judges of this court may determine the need for recusal.

Executed on June 15, 2007

_/s/ Thomas Pak_
Thomas Pak
Attorney of Record for Wild Oats Markets, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of June, 2007, I caused the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom, Esq.
Thomas H. Brock, Esq.
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Whole Foods Market, Inc.**

Alden L. Atkins, Esq.
John D. Taurman, Esq.
VINSON & ELKINS LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
atkins@velaw.com

/s/ Thomas Pak
Attorney for Wild Oats Markets, Inc.