**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-01021-PLF |
| ) | |
| WHOLE FOODS MARKET, INC., ) | |
| ) | |
| and ) | |
| ) | |
| WILD OATS MARKETS, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Whole Foods Market, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Whole Foods Market, Inc. which have any outstanding securities in the hands of the public.

1. Whole Foods Market, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Alden L. Atkins_____
Alden L. Atkins (DC Bar No. 393922)
Neil W. Imus (DC Bar No. 394544)
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC  20004-1008
Telephone (202) 639-6500
Facsimile (202) 639-6604
Email   aatkins@velaw.com
            nimus@velaw.com

Attorneys for Whole Foods Market, Inc.

June 15, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of June, 2007, I caused the foregoing CERTIFICATE REQUIRED BY LCVR 7.L OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA to be filed and served using the Court's ECF system and also caused these same papers to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, D.C.  20001
mjbloom@ftc.gov
tbrock@ftc.gov

**Attorneys for Defendant Wild Oats Markets, Inc.**

Gary A. MacDonald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005
gmacdona@skadden.com

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
caronson@skadden.com

The following persons have been served by electronic mail:

Thomas A. Pak
Matthew P. Hendrickson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
tpak@skadden.com
mhendric@skadden.com

Terrence J. Wallock
2224 Pacific Dr.
Corona Del Mar, CA  92625
terry@wallock.com

               /s/ Alden L. Atkins_____
               Attorney for Whole Foods Market, Inc.

4