AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission

        Plaintiff(s)   )   **APPEARANCE**

        vs.   )   CASE NUMBER   07-cv-01021 - PLF

Whole Foods Market, Inc. and
Wild Oats Markets, Inc.
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Thomas J. Lang  as counsel in this
                                  (Attorney's Name)

case for:  the Federal Trade Commission, a United States Agency
                          (Name of party or parties)

June 13, 2007
Date

*/s/ Thomas J. Lang*
Signature

Thomas J. Lang
Print Name

452398
BAR IDENTIFICATION

601 New Jersey Ave., NW
Address

Washington, DC  20001
City     State     Zip Code

202-326-3665
Phone Number