AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER   07-cv-01021 - PLF

Whole Foods Market, Inc. and
Wild Oats Markets, Inc.
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Eric M. Sprague   as counsel in this
                                 (Attorney's Name)

case for:   the Federal Trade Commission, a United States Agency
                          (Name of party or parties)


June 15, 2007
Date

*(signature)*
Signature

BAR IDENTIFICATION

Eric M. Sprague
Print Name

601 New Jersey Ave., NW
Address

Washington, DC  20001
City      State      Zip Code

202-326-2101
Phone Number