IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>    Defendants. | Case No. 1:07-CV-01021 (PLF) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia, attorney Karin F.R. Moore of the law firm O'Melveny & Myers LLP will appear as counsel of record for third party Trader Joe's Company in the above captioned proceeding.

Dated: June 18, 2007

Respectfully submitted,

 /s/Karin F.R. Moore  
Karin F.R. Moore (D.C. Bar No.480275)  
Richard G. Parker (D.C. Bar No. 327544)  
O'MELVENY & MYERS LLP  
1625 Eye Street, N.W.  
Washington, D.C. 20006-4001  
Tel. (202) 383-5300  
Fax (202) 383-5414  

Counsel for Third Party TRADER JOE'S COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2007, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

**Attorneys for Plaintiff Federal Trade Commission**:

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 New Jersey Avennue, NW
Washington, DC  20001
mjbloom@ftc.gov
tbrock@ftc.gov


**Attorney for Defendant Whole Foods Market, Inc.:**

Alden L. Atkins
VINSON & ELKINS
The Willard Office Building
1455 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
aatkins@velaw.com


**Attorney for Defendant Wile Oats Markets, Inc.:**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005
caronson@skadden.com

                                                _____/s/ Karin F.R Moore____

                                                Karin F. R. Moore