IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>            Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>            Defendants. | Case No. 1:07-CV-01021 (PLF) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia, attorney Richard G. Parker of the law firm O'Melveny & Myers LLP will appear as counsel of record for third party Trader Joe's Company in the above captioned proceeding.

Dated: June 18, 2007            Respectfully submitted,

                                                                      /s/Richard G. Parker_____
                                                Richard G. Parker (D.C. Bar No. 327544)
                                                Karin F.R. Moore (D.C. Bar No.480275)
                                                O'MELVENY & MYERS LLP
                                                1625 Eye Street, N.W.
                                                Washington, D.C.  20006-4001
                                                Tel. (202) 383-5300
                                                Fax (202) 383-5414

                                                Counsel for Third Party TRADER JOE'S
                                                COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2007, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

**Attorneys for Plaintiff Federal Trade Commission**:

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 New Jersey Avennue, NW
Washington, DC  20001
mjbloom@ftc.gov
tbrock@ftc.gov


**Attorney for Defendant Whole Foods Market, Inc.:**

Alden L. Atkins
VINSON & ELKINS
The Willard Office Building
1455 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
aatkins@velaw.com


**Attorney for Defendant Wile Oats Markets, Inc.:**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005
caronson@skadden.com


    _____/s/ Karin F.R Moore____
    Karin F. R. Moore