# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>　　　　　Defendants. | Case No. 1:07-CV-01021 (PLF) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia, attorney Darren S. Tucker of the law firm O'Melveny & Myers LLP will appear as counsel of record for third party Wal-Mart Stores, Inc. in the above captioned proceeding.

Dated: June 18, 2007                                Respectfully submitted,

/s/ Darren S. Tucker
Darren S. Tucker (D.C. Bar No. 465576)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Tel. (202) 383-5300
Fax (202) 383-5414

Counsel for Third Party WAL-MART STORES, INC.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of June, 2007, I filed the foregoing, NOTICE OF APPEARANCE with the Court and also caused these same papers to be served on the persons listed below by electronic mail:

<u>Attorneys for Plaintiff</u>

Michael Bloom
FEDERAL TRADE COMMISSION
601 New Jersey Avenue, NW
Washington, DC 20001
mjbloom@ftc.gov

<u>Attorney for Defendant Whole Foods Market, Inc.</u>

Alden L. Atkins
VINSON & ELKINS LLP
The Willard Office Building
1455 Pennsylvania Ave., NW
Suite 600
Washington, DC 20004
aatkins@velaw.com

<u>Attorney for Defendant Wild Oats Markets, Inc.</u>

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
caronson@skadden.com

                                            /s/ Darren S. Tucker
                                            Attorney for Wal-Mart Stores, Inc.

DC1:711259.1