IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WHOLE FOODS MARKET, INC. ) <br> ) <br> and ) <br> ) <br> WILD OATS MARKETS, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:07-CV-01021-PLF |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for SUPERVALU Inc.

Respectfully submitted,

/s/ Christopher J. MacAvoy
Christopher J. MacAvoy (DC Bar No. 367060)
**HOWREY LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: MacAvoyC@howrey.com

Attorney for SUPERVALU Inc.

June 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of June, 2007, I caused the foregoing Notice of Appearance, to be filed by electronic mail with the Court and also caused these same papers to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, DC  20001
mjbloom@ftc.gov

**Attorney for Defendant Whole Foods Market, Inc.**

Alden L. Atkins
VINSON & ELKINS, L.L.P.
1455 Pennsylvania Ave., NW
Washington, DC  20004
aatkins@velaw.com

**Attorney for Defendant Wild Oats Markets, Inc.**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC  20005
caronson@skadden.com

/s/  Christopher J. MacAvoy
Attorney for SUPERVALU Inc.