IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>    Defendants. | Civil Action No.: 1:07-CV-01021 (PLF) |

**CONSENT MOTION TO ALLOW THE APPEARANCE OF PAUL T. DENIS
AND JAMES A. FISHKIN *PRO HAC VICE***

Defendant Whole Foods Market, Inc. ("Whole Foods"), through counsel, moves the Court for, and plaintiff consents to, an order pursuant to LCvR 83.2(d) to allow the appearance of Paul T. Denis and James A. Fishkin of Dechert LLP *pro hac vice*. The declarations of Paul T. Denis and James A. Fishkin are submitted herewith in support of this motion.

A proposed order is attached.

          Respectfully submitted,

          /s/ Alden L. Atkins
          ―――――――――――――――――
          Alden L. Atkins (DC Bar No. 393922)
          VINSON & ELKINS L.L.P.
          The Willard Office Building
          1455 Pennsylvania Avenue, N.W.
          Suite 600
          Washington, DC 20004-1008
          Telephone: (202) 639-6500
          Facsimile: (202) 639-6604
          Email: aatkins@velaw.com

          Attorney for Whole Foods Market, Inc.

June 19, 2007

## **CERTIFICATE OF SERVICE**

        I hereby certify that, on this 19th day of June, 2007, I caused the foregoing _ Consent Motion To Allow The Appearance Of Paul T. Denis And James A. Fishkin *Pro Hac Vice* to be filed and served using the Court's ECF system:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
Eric M. Sprague
Thomas J. Lang
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov
tbrock@ftc.gov
esprague@ftc.gov
tjlang@ftc.gov

**Attorneys for Defendant Wild Oats Markets, Inc.**

Gary A. MacDonald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
gmacdona@skadden.com

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
caronson@skadden.com

**Attorneys for Third Parties**:

Justin S. Antonipillai
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Justin_Antonipillai@aporter.com

Attorney for Kroger Co.

Karin F.R. Moore
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
kmoore@omm.com
rparker@omm.com

Attorneys for Trader Joe's Company

Daren S. Tucker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
dtucker@omm.com

Attorney for Wal-Mart Stores, Inc.

Peter L. Winik
LATHAM & WATKINS LLP
555 11th Street N.W.
Suite 1000
Washington, DC  20004
Peter.Winik@lw.com

Attorney for Safeway, Inc.


**The following persons have been served by electronic mail:**

Thomas A. Pak
Matthew P. Hendrickson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
tpak@skadden.com
mhendric@skadden.com

Attorney for Defendant
Wild Oats Markets, Inc.

Terrence J. Wallock
2224 Pacific Dr.
Corona Del Mar, CA  92625
terry@wallock.com

Attorney for Defendant
Wild Oats Markets, Inc.

Christopher J. MacAvoy
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
MacAvoy@howrey.com

Attorney for
Wegman Food Markets, Inc.
Publix Super Markets, Inc., and
SUPERVALU, Inc.

                                                       /s/ Alden L. Atkins_____
                                                       Attorney for Whole Foods Market, Inc.

DC 684210v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>Defendants. | Civil Action No.: 1:07-CV-01021 (PLF) |

### DECLARATION OF PAUL T. DENIS IN SUPPORT OF
### MOTION TO APPEAR PRO HAC VICE

Paul T. Denis submits this declaration in support of the Motion of defendant Whole Foods Market, Inc. pursuant to LCvR 83.2(d) to appear *pro hac vice*.

1. My full name is Paul Thomas Denis.

2. My office address is 1775 I Street, NW, Washington DC 20006 and my office telephone number is 202.261.3430.

3. I am admitted to practice before the Supreme Court of the State of New York, the United States District Court for the Southern District of New York and the United States Court of Appeals for Ninth Circuit. I am a member of the District of Columbia Bar (DC Bar No. 437040).

4. I have not been disciplined by any bar.

5. I have not been admitted to *pro hac vice* in this Court within the last two years.

6. I engage in the practice of law from an office located in the District of Columbia at 1775 I Street, NW, Washington, DC 20006. I am a member of the Bar of the District of

Columbia (DC Bar No: 437040) and have pending an application to be admitted to the Bar of this Court.

Sworn to under penalty of perjury this 19th day of June 2007.

Paul T. Denis
Dechert LLP
1775 I Street, NW
Washington, DC 20006

12811487

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.<br>and<br>WILD OATS MARKETS, INC.,<br><br>Defendants. | Civil Action No.: 1:07-CV-01021 (PLF) |

**DECLARATION OF JAMES A. FISHKIN IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

James A. Fishkin submits this declaration in support of the Motion of defendant Whole Foods Market, Inc. pursuant to LCvR 83.2(d) to appear pro hac vice.

1. My full name is James Andrew Fishkin.

2. My office address is 1775 I Street, NW, Washington DC 20006 and my office telephone number is (202) 261-3421.

3. I am admitted to practice before the Supreme Court of the State of Nebraska and the United States District Court for the District of Nebraska. I am a member of the District of Columbia Bar (DC Bar No. 478958).

4. I have not been disciplined by any bar.

5. I have not been admitted to pro hac vice in this Court within the last two years.

6. I engage in the practice of law from an office located in the District of Columbia at 1775 I Street, NW, Washington, DC 20006. I am a member of the Bar of the District of Columbia (DC Bar No: 478958) and have pending an application to be admitted to the Bar of

this Court.

Sworn to under penalty of perjury this 19th day of June 2007.

_____
James A. Fishkin
Dechert LLP
1775 I Street, NW
Washington, DC  20006

12812019.LITIGATION 6/19/2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>Defendants. | Civil Action No.: 1:07-CV-01021 (PLF) |

**ORDER GRANTING MOTION TO ALLOW THE APPEARANCE OF PAUL T. DENIS AND JAMES A. FISHKIN *PRO HAC VICE***

It is hereby ordered that Paul T. Denis and James A. Fishkin of Dechert LLP are permitted to appear pro hac vice on behalf of Defendant Whole Foods Market, Inc. in this matter.

SO ORDERED

Date: _____        _____
                                                                    Hon. Paul L. Friedman
                                                                    United States District Judge

DC 684218v.1