**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br><br>Plaintiff, )<br><br>v. )<br><br>WHOLE FOODS MARKET, INC. )<br><br>and )<br><br>WILD OATS MARKETS, INC. )<br><br>Defendants. ) | Civil Action No. 1:07-CV-01021-PLF |

## CERTIFICATE REQUIRED BY LCvR 7.1

I, Peter L. Winik, counsel of record for Safeway, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Safeway, Inc., which have any outstanding shares in the hands of the public:

**There are no parent companies, subsidiaries or affiliates of Safeway, Inc., which have any outstanding shares in the hands of the public.**

These representations are made in order that judges of this Court may determine the need for recusal.

DC\1000491.1

Dated: June 19, 2007

    Respectfully submitted,

    /s/ Peter L. Winik
    D.C. Bar No. 333450
    LATHAM & WATKINS LLP
    555 11th Street N.W.
    Suite 1000
    Washington, D.C. 20004-1304
    Tel: 202-637-2200
    Fax: 202-637-2201
    Peter.Winik@lw.com

    *Attorney for Safeway, Inc.*

## CERTIFICATE OF SERVICE

I, Peter L. Winik, hereby certify that on this 19th day of June, 2007, I filed the foregoing 7.1 Corporate Disclosure Statement via the Court's CM/ECF system, which will electronically send notification of the filing to the following:

**Justin Sanjeeve Antonipillai**
justin_antonipillai@aporter.com

**Clifford Hank Aronson**
caronson@skadden.com

**Alden Lewis Atkins**
aatkins@velaw.com

**Michael Bloom**
mjbloom@ftc.gov

**Thomas H. Brock**
tbrock@ftc.gov

**Neil W. Imus**
nimus@velaw.com

**Thomas J. Lang**
tjlang@ftc.gov

**Gary Alan MacDonald**
gmacdona@skadden.com

**Karin Fleming Richard Moore**
kmoore@omm.com

**Richard G. Parker**
rparker@omm.com

**Eric Matthew Sprague**
esprague@ftc.gov

**John David Taurman**
jtaurman@velaw.com

**Darren Scott Tucker**
dtucker@omm.com

  I further certify that I served a copy of the foregoing 7.1 Corporate Disclosure Statement via first-class mail, postage pre-paid on the following:

**Matthew P. Hendrickson**
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**Christopher James MacAvoy**
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

**Thomas Pak**
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**Terrence J Wallock**
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA 92625

               _____/s/ Peter L. Winik_____
                  Peter L. Winik