IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-01021-PLF |
| ) | |
| WHOLE FOODS MARKET, INC. ) | |
| ) | |
| and ) | |
| ) | |
| WILD OATS MARKETS, INC. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

I, Peter L. Winik, a member of this Court hereby move for the admission of Alexander Maltas *pro hac vice* in the above-referenced proceeding as counsel to Movant Safeway Inc. Mr. Maltas was admitted to the Bar of the District of Columbia in 2004 (D.C. Bar No. 490099), and the bar of the Commonwealth of Massachusetts in 2003. He is a member in good standing of the D.C. Bar and Massachusetts Bar. Mr. Maltas is currently an associate with the law firm of Latham & Watkins LLP in Washington, D.C. His application to the Bar of this Court is pending.

Dated: June 19, 2007

DC\1000402.1

        /s/ Peter L. Winik_____
D.C. Bar No. 333450
LATHAM & WATKINS LLP
555 11th Street N.W.
Suite 1000
Washington, D.C. 20004-1304
Tel: 202-637-2200
Fax: 202-637-2201
Peter.Winik@lw.com

*Attorney for Safeway, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:07-CV-01021-PLF |
| WHOLE FOODS MARKET, INC. | ) | |
| and | ) | |
| WILD OATS MARKETS, INC. | ) | |
| Defendants. | ) | |

### DECLARATION OF ALEXANDER MALTAS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Alexander Maltas, hereby declare that:

      1. My full name is Alexander Maltas;

      2. I currently practice in the Washington, D.C. office of Latham & Watkins LLP, located at 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 2004; and my direct dial phone number is 202-637-2295;

      3. I am admitted to the Bars of D.C. and Massachusetts;

      4. I have never been disciplined by any Bar;

      5. I have never been admitted *pro hac vice* to this Court;

      6. I am admitted to the Bar of Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2007.

_____
/Alexander Maltas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-01021-PLF |
| WHOLE FOODS MARKET, INC. | ) ) ) | |
| and | ) ) | |
| WILD OATS MARKETS, INC. | ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

IT IS HEREBY ORDERED, that Alexander Maltas of Latham & Watkins LLP is admitted *pro hac vice* in the above-referenced proceeding as counsel to movant Safeway Inc.

Dated: _____ ___, 2007

_____
UNITED STATES DISTRICT JUDGE

DC\1000402.1

## CERTIFICATE OF SERVICE

I, Peter L. Winik, hereby certify that on this 19th day of June, 2007, I filed the foregoing Motion for Admission *Pro Hac Vice* via the Court's CM/ECF system, which will electronically send notification of the filing to the following:

**Justin Sanjeeve Antonipillai**
justin_antonipillai@aporter.com

**Clifford Hank Aronson**
caronson@skadden.com

**Alden Lewis Atkins**
aatkins@velaw.com

**Michael Bloom**
mjbloom@ftc.gov

**Thomas H. Brock**
tbrock@ftc.gov

**Neil W. Imus**
nimus@velaw.com

**Thomas J. Lang**
tjlang@ftc.gov

**Gary Alan MacDonald**
gmacdona@skadden.com

**Karin Fleming Richard Moore**
kmoore@omm.com

**Richard G. Parker**
rparker@omm.com

**Eric Matthew Sprague**
esprague@ftc.gov

**John David Taurman**
jtaurman@velaw.com

**Darren Scott Tucker**
dtucker@omm.com

      I further certify that I served a copy of the foregoing Motion for Admission *Pro Hac Vice* via first-class mail, postage pre-paid on the following:

**Matthew P. Hendrickson**
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**Christopher James MacAvoy**
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

**Thomas Pak**
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**Terrence J Wallock**
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA 92625

                                                   _____/s/ Peter L. Winik_____
                                                          Peter L. Winik