IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-01021-PLF |
| WHOLE FOODS MARKET, INC. | ) ) ) | |
| and | ) ) | |
| WILD OATS MARKETS, INC. | ) ) | |
| Defendants. | ) ) | |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia please enter the appearance of E. Marcellus Williamson, of Latham & Watkins LLP, as counsel in this case for Safeway, Incorporated.

DC\1000177.1

                                                        Respectfully submitted,

June 19, 2007                    /s/ E. Marcellus Williamson_____
                                            E. Marcellus Williamson (D.C. Bar No. 465919)
                                            Peter L. Winik (D.C. Bar No. 333450)
                                            LATHAM & WATKINS LLP
                                            555 11th Street NW
                                            Suite 1000
                                            Washington, DC  20004
                                            (202) 637-2200
                                            Peter.Winik@lw.com
                                            Marc.Williamson@lw.com

                                            *Counsel for Safeway, Inc.*

## CERTIFICATE OF SERVICE

I, E. Marcellus Williamson, hereby certify that on this 19th day of June, 2007, I filed the foregoing Notice of Appearance via the Court's CM/ECF system, which will electronically send notification of the filing to the following:

**Justin Sanjeeve Antonipillai**
justin_antonipillai@aporter.com

**Clifford Hank Aronson**
caronson@skadden.com

**Alden Lewis Atkins**
aatkins@velaw.com

**Michael Bloom**
mjbloom@ftc.gov

**Thomas H. Brock**
tbrock@ftc.gov

**Neil W. Imus**
nimus@velaw.com

**Thomas J. Lang**
tjlang@ftc.gov

**Gary Alan MacDonald**
gmacdona@skadden.com

**Karin Fleming Richard Moore**
kmoore@omm.com

**Richard G. Parker**
rparker@omm.com

**Eric Matthew Sprague**
esprague@ftc.gov

**John David Taurman**
jtaurman@velaw.com

DC\1000449.1

**Darren Scott Tucker**
dtucker@omm.com

      I further certify that I served a copy of the foregoing Notice of Appearance via first-class mail, postage pre-paid on the following:

**Matthew P. Hendrickson**
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**Christopher James MacAvoy**
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

**Thomas Pak**
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**Terrence J Wallock**
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA 92625

                                                    /s/ E. Marcellus Williamson
                                                      E. Marcellus Williamson