IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

FEDERAL TRADE COMMISSION, :

            Plaintiff, :

v. :

WHOLE FOODS MARKET, INC., :   Civil Action No.: 07-CV-1021-PLF

and :

WILD OATS MARKETS, INC. :

           Defendants. :

-----------------------------------------------------------------X

## CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Apollo Management Holding, L.P. ("Apollo"), certify that to the best of my knowledge and belief, the following:

Apollo is a limited partnership and not a corporation nor is it publicly traded. Accordingly, there is no corporation that holds 10% of Apollo's stock. Apollo manages a number of investment funds that invest in companies involved in a range of different activities, such as chemicals, marketing services, power transmission components, bath and plumbing products and real estate services. Each Apollo investment fund consists of a number of limited partnerships. The "capital" of each limited partnership within each investment fund is contributed by different public and private institutional investors. Apollo has two affiliates that are publicly traded: AP Alternative Assets, L.P. and Apollo Investment Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

**RECEIVED**

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1-NY/2192735.1

Dated: June 18, 2007

                Respectfully Submitted,

                */s/ Jonathan M. Rich*

                Jonathan M. Rich (DC Bar No. 447943)
                Morgan, Lewis & Bockius LLP
                1111 Pennsylvania Ave., NW
                Washington, DC 20004
                Telephone: (202) 739-3000
                Facsimile: (202) 739-3001

                *Attorneys for Apollo Management Holding, L.P.*