IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET, INC. )<br>)<br>and )<br>)<br>WILD OATS MARKETS, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-CV-01021-PLF |

### H.E. BUTT GROCERY COMPANY'S MOTION TO INTERVENE

Pursuant to Rule 24 of the Federal Rules of Civil Procedure and this Court's June 15, 2007 Minute Order, Non-Party H.E. Butt Grocery Company ("HEB") respectfully moves this Court for an order granting HEB leave to intervene in the above-captioned action for the purpose of opposing the Motion of Defendant Whole Foods Market, Inc. for Entry of a Final Protective Order.

HEB is one of the nation's largest independently-owned food retailers, with more than 300 stores and 56,000 employees in the State of Texas and Mexico. On March 28, 2007, HEB received a Civil Investigative Demand issued by the Federal Trade Commission in connection with the FTC's investigation of the proposed acquisition by Whole Foods Market, Inc. ("Whole Foods") of Wild Oats Markets, Inc. ("Wild Oats"). The FTC's CID sought production of, among other things, highly detailed information about HEB's current and future store locations, as well as recent sales data for each store by department.

On April 20, 2007, HEB provided to the FTC data and information responsive to the CID. HEB advised the FTC that this data and information constituted confidential, proprietary and competitively sensitive information and trade secrets, the disclosure of which could cause significant harm to HEB. Accordingly, HEB requested that the FTC afford HEB's data and information confidential treatment.

On June 5, 2007, HEB learned that the FTC intended to challenge Whole Foods' planned acquisition of rival Wild Oats, and thereafter received from the FTC a copy of this Court's Interim Protective Order Governing Discovery Material. HEB promptly informed the FTC that the data and information is submitted to the FTC pursuant to the CID was to be designated "Restricted Confidential" pursuant to that Order.

On June 13, 2007, HEB learned that Whole Foods had filed a motion for entry of a final protective order that would, among other things, permit Roberta L. Lang, the General Counsel of Whole Foods, to have access to confidential information previously submitted to the FTC during the course of its investigation, including the highly confidential, proprietary and competitively sensitive information produced to the FTC by HEB.

HEB intends to vigorously oppose Whole Foods' motion because it does not want any of the information HEB produced to FTC to be disclosed to any employee of Whole Foods, including its General Counsel. HEB believes that the need to protect its confidential information and the potential harm to HEB that could result from its disclosure substantially outweighs any need for Whole Foods (including its General Counsel) to have access to that information in the present action.

For the foregoing reasons, HEB seeks leave to intervene in this action for the limited purpose of opposing Whole Foods' motion for entry of a final protective order, including

without limitation, seeking discovery relating to issues raised by Whole Foods' motion. Granting HEB leave to intervene is consistent with Rule 24 of the Federal Rules of Civil procedure because HEB's interest in preventing disclosure of its confidential and proprietary information is "an interest relating to the property or transaction which is the subject of the action and [because HEB] is so situated that the disposition of the action may as a practical matter impair or impede [HEB's] ability to protect that interest." Fed. R. Civ. P. 24(a).

Counsel for FTC, Whole Foods, and Wild Oats, have each consented to HEB's intervention in this action, and have stated that they will not oppose HEB's motion to intervene.

Dated: New York, New York
      June 18, 2008

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____

Joseph J. Simons (DC Bar No. 376168)
1615 L Street, NW, Suite 1300
Washington, DC 20036

Leslie G. Fagen (DC Bar No. 395962)
Andrew C. Finch (DC Bar No. 494992)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Attorneys for H.E. Butt Grocery Company

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of June, 2007, I caused the foregoing Motion to Intervene by H.E. Butt Grocery Company to be served on the persons listed below by U.S. mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
Eric Matthew Sprague
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, DC 20001

Thomas J. Lang
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005

**Attorneys for Defendant Whole Foods Market Inc.**

Alden Lewis Atkins
John David Taurman
Neil W. Imus
VINSON & ELKINS, LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004

**Attorneys for Defendant Wild Oats Markets, Inc.**

Gary A. McDonald
Clifford H. Aronson
Matthew P. Hendrickson
Thomas Pak
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Terrence J. Wallock
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA 92625

*Danielle M. Clark*
Danielle Monnig Clark

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| WHOLE FOODS MARKET, INC. | ) ) ) | Civil Action No. 1:07-CV-01021-PLF |
| and | ) ) ) | |
| WILD OATS MARKETS, INC. | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING H.E. BUTT GROCERY COMPANY'S MOTION TO INTERVENE**

AND NOW, this ____ day of June, 2007, upon consideration of H.E. Butt Grocery Company's Motion to Intervene, it is hereby ORDERED that the Motion is GRANTED.

_____
Hon. Paul L. Friedman
United States District Judge

Copies to:

| Thomas H. Brock, Esq.<br>Bureau of Competition<br>Federal Trade Commission<br>600 New Jersey Ave., N.W.<br>Washington, D.C. 20580 | Alden L. Atkins<br>Vinson & Elkins L.L.P.<br>1455 Pennsylvania Ave., N.W., Suite 600<br>Washington D.C. 20004 |
|---|---|
| | Clifford H. Aronson<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |