IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-CV-01021-PLF |
| WHOLE FOODS MARKET, INC. | ) Judge: The Hon. Paul L. Friedman |
| and | ) |
| WILD OATS MARKETS, INC. | ) |
| Defendants. | ) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:**

I, Justin S. Antonipillai, counsel of record for The Kroger Co., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Kroger Co. which have any outstanding securities in the hands of the public.

There are no parent companies, subsidiaries or affiliates of The Kroger Co. that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 22, 2007

                                    Respectfully submitted,

                                       /s/ Justin S. Antonipillai  
                                  Justin S. Antonipillai (D.C. Bar # 460046)  
                                  ARNOLD & PORTER LLP  
                                  555 Twelfth Street, N.W.  
                                  Washington, D.C. 20004  
                                  (202) 942-5066  
                                  (202) 942-5999 (facsimile)  
                                  Justin_Antonipillai@aporter.com  
                                  Attorney for The Kroger Co.

**CERTIFICATE OF SERVICE**

      I, Jordan Esbrook, hereby certify that on this 22nd day of June, 2007, I caused the foregoing 7.1. Corporate Disclosure Statement to be uploaded into the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF. I have also sent separate copies of the foregoing directly to the individuals below by first class mail:

Matthew P. Hendrickson
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036

Christopher James MacAvoy
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Thomas Pak
SKADDEN ARPS SLATE MEAGHER & FLOM
Four Times Square
New York, NY  10036

Terrence J. Wallock
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA  92625

                              /s/ Jordan Esbrook____
                              Jordan Esbrook[1]

---

[1] Admitted only in Minnesota; practicing in the District of Columbia pending approval of application for admission to the D.C. Bar and under the supervision of principals of the firm who are members in good standing of the D.C. Bar.