IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
FEDERAL TRADE COMMISSION, :
:
Plaintiff, :
:
v. :
:
WHOLE FOODS MARKET, INC., : Civil Action No.: 07-CV-1021-PLF
:
and :
:
WILD OATS MARKETS, INC. :
:
Defendants. :
:
---------------------------------------------------------------X

## DECLARATION OF JOHN SHIN

I, John Shin, hereby declare as follows:

1. My full name is John Shin.

2. I currently practice law in the office of Morgan, Lewis & Bockius LLP located at 101 Park Avenue, New York, NY 10178, my telephone number is 212-309-6844, and my e-mail address is jshin@morganlewis.com.

3. I am admitted to the Bars of California and New York. I am a member in good standing of the Bar of New York and currently registered as inactive with the Bar of California.

4. I have never been disciplined by any Bar.

5. I have never been admitted *pro hac vice* to this Court.

6. I do not practice law from an office located in the District of Columbia.

Dated: June 20, 2007

Respectfully Submitted,

_____
John Shin