IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
FEDERAL TRADE COMMISSION,                   :
                                            :
         Plaintiff,                         :
                                            :
    v.                                      :
                                            :
WHOLE FOODS MARKET, INC.,                   :   Civil Action No.: 07-CV-1021-PLF
                                            :
and                                         :
                                            :
WILD OATS MARKETS, INC.                     :
                                            :
         Defendants.                        :
                                            :
---------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE*

      I, Jonathan M. Rich, a member of this Court, hereby move for the admission of John Shin *pro hac vice* in the above-referenced proceeding as counsel for Movant Apollo Management Holding, L.P.  Mr. Shin was admitted to the Bar of California in 2001 and the Bar of New York in 2005.  He is a member in good standing of the Bar of New York and currently registered as inactive with the Bar of California.  Mr. Shin is currently an associate with the law firm of Morgan, Lewis & Bockius LLP in New York, New York.  The Declaration of John Shin is attached hereto.

Dated:  June 20, 2007

                                                                          Respectfully Submitted,

                                                                           /s/ Jonathan M. Rich_____
                                                                           Jonathan M. Rich (DC Bar No. 447943)
                                                                           Morgan, Lewis & Bockius LLP
                                                                           1111 Pennsylvania Ave., NW
                                                                           Washington, DC 20004
                                                                           Telephone: (202) 739-3000
                                                                           Facsimile: (202) 739-3001

                                                                           *Attorneys for Apollo Management Holding, L.P.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
FEDERAL TRADE COMMISSION,                :
                                          :
                Plaintiff,                :
                                          :
        v.                                :
                                          :
WHOLE FOODS MARKET, INC.,                 :   Civil Action No.: 07-CV-1021-PLF
                                          :
and                                       :
                                          :
WILD OATS MARKETS, INC.                   :
                                          :
                Defendants.               :
                                          :
---------------------------------------------------------------X

**[PROPOSED] ORDER**

It is hereby **ORDERED**, that John Shin of Morgan, Lewis & Bockius LLP is admitted *pro hac vice* in the above-referenced proceeding as counsel for Movant Apollo Management Holding, L.P.

DATED:_____        _____
                                      Paul L. Friedman
                                      United States District Court Judge