# U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Rich, Jonathan on 6/25/2007 at 11:17 AM and filed on 6/25/2007
**Case Name:** FEDERAL TRADE COMMISSION v. WHOLE FOODS MARKET, INC. et al
**Case Number:** 1:07-cv-1021
**Filer:** APOLLO MANAGEMENT HOLDING LP
**Document Number:** 64

**Docket Text:**
MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jonathan M. Rich, :Firm- Morgan, Lewis & Bockius LLP, :Address- 1111 Pennsylvania Avenue, NW, Washington, DC 20004. Phone No. - 202-739-5433. Fax No. - 202-739-3001 by APOLLO MANAGEMENT HOLDING LP (Rich, Jonathan)


**1:07-cv-1021 Notice has been electronically mailed to:**

Justin Sanjeeve Antonipillai     justin_antonipillai@aporter.com

Clifford Hank Aronson     caronson@skadden.com, MHENDRIC@skadden.com, TPAK@skadden.com

Alden Lewis Atkins     aatkins@velaw.com

Michael Bloom     mjbloom@ftc.gov

Thomas H. Brock     tbrock@ftc.gov, cmoscatelli@ftc.gov, esprague@ftc.gov, jschwab@ftc.gov, mfranchak@ftc.gov, mjbloom@ftc.gov, nwidnell@ftc.gov, tlang@ftc.gov

Paul T. Denis     paul.denis@dechert.com

James A. Fishkin     james.fishkin@dechert.com

Neil W. Imus     nimus@velaw.com

Thomas J. Lang     tjlang@ftc.gov

Gary Alan MacDonald     gmacdona@skadden.com, denjacks@skadden.com, tdorjee@skadden.com

Karin Fleming Richard Moore     kmoore@omm.com

Richard G. Parker     rparker@omm.com

Jonathan M. Rich     jrich@morganlewis.com

John E. Schmidtlein     jschmidtlein@wc.com

Joseph J. Simons     jsimons@paulweiss.com

Eric Matthew Sprague     esprague@ftc.gov, lvollmann@ftc.gov

John David Taurman     jtaurman@velaw.com

Darren Scott Tucker     dtucker@omm.com

Edward Marcellus Williamson     marc.williamson@lw.com

Peter Lee Winik     peter.winik@lw.com, alexander.maltas@lw.com, amy.thomas@lw.com

**1:07-cv-1021 Notice will be delivered by other means to::**

Matthew P. Hendrickson
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Christopher James MacAvoy
HOWREY, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Alexander Maltas
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004

Thomas Pak
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Terrence J Wallock
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA 92625

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\BELL7880\My Documents\PHV Motion.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/25/2007] [FileNumber=1474315-0]
[51b271a7dab6f1f0339f216c07d1e9c21a01086dbd4779ca60834fa4deb74e2878ab
586206aa215cc47b860475456c168a0aa4cbb3a294f3d5c357869bbfd982]]

# U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Rich, Jonathan on 6/25/2007 at 11:09 AM and filed on 6/25/2007
**Case Name:** FEDERAL TRADE COMMISSION v. WHOLE FOODS MARKET, INC. et al
**Case Number:** 1:07-cv-1021
**Filer:** APOLLO MANAGEMENT HOLDING LP
**Document Number:** 63

**Docket Text:**
NOTICE *of Appearance on behalf of John Shin* by APOLLO MANAGEMENT HOLDING LP (Rich, Jonathan)

**1:07-cv-1021 Notice has been electronically mailed to:**

Justin Sanjeeve Antonipillai    justin_antonipillai@aporter.com

Clifford Hank Aronson    caronson@skadden.com, MHENDRIC@skadden.com, TPAK@skadden.com

Alden Lewis Atkins    aatkins@velaw.com

Michael Bloom    mjbloom@ftc.gov

Thomas H. Brock    tbrock@ftc.gov, cmoscatelli@ftc.gov, esprague@ftc.gov, jschwab@ftc.gov, mfranchak@ftc.gov, njbloom@ftc.gov, nwidnell@ftc.gov, tlang@ftc.gov

Paul T. Denis    paul.denis@dechert.com

James A. Fishkin    james.fishkin@dechert.com

Neil W. Imus    nimus@velaw.com

Thomas J. Lang    tjlang@ftc.gov

Gary Alan MacDonald    gmacdona@skadden.com, denjacks@skadden.com, tdorjee@skadden.com

Karin Fleming Richard Moore    kmoore@omm.com

Richard G. Parker    rparker@omm.com

Jonathan M. Rich    jrich@morganlewis.com

John E. Schmidtlein    jschmidtlein@wc.com

Joseph J. Simons    jsimons@paulweiss.com

Eric Matthew Sprague    esprague@ftc.gov, lvollmann@ftc.gov

John David Taurman    jtaurman@velaw.com

Darren Scott Tucker    dtucker@omm.com

Edward Marcellus Williamson    marc.williamson@lw.com

Peter Lee Winik    peter.winik@lw.com, alexander.maltas@lw.com, amy.thomas@lw.com

**1:07-cv-1021 Notice will be delivered by other means to::**

Matthew P. Hendrickson
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Christopher James MacAvoy
HOWREY, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Alexander Maltas
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004

Thomas Pak
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Terrence J Wallock
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA 92625

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\Documents and Settings\BELL7880\My Documents\FTC v WF PHV Shin Decl.pdf
Electronic document Stamp:
[STAMP dcecfStamp_ID=973800458 [Date=6/25/2007] [FileNumber=1474293-0]
4752650279f9bab987f14f2ce429224362ec0f47cd01f8732c14ceb82e8adf95fd59
70af7a8638232909a369728e81ac67343da00d8866d3410e03a1e7b8ce6c]]