IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
FEDERAL TRADE COMMISSION, :
:
                Plaintiff, :
:
v. :
:
WHOLE FOODS MARKET, INC., :  Civil Action No.:  07-CV-1021-PLF
:
and :
:
WILD OATS MARKETS, INC. :
:
                Defendants. :
:
---------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE*

    I, Jonathan M. Rich, a member of this Court, hereby move for the admission of John Shin *pro hac vice* in the above-referenced proceeding as counsel for Movant Apollo Management Holding, L.P.  Mr. Shin was admitted to the Bar of California in 2001 and the Bar of New York in 2005.  He is a member in good standing of the Bar of New York and currently registered as inactive with the Bar of California.  Mr. Shin is currently an associate with the law firm of Morgan, Lewis & Bockius LLP in New York, New York.  The Declaration of John Shin is attached hereto.

Dated:  June 20, 2007

                                              Respectfully Submitted,

                                              /s/ Jonathan M. Rich
                                              Jonathan M. Rich (DC Bar No. 447943)
                                              Morgan, Lewis & Bockius LLP
                                              1111 Pennsylvania Ave., NW
                                              Washington, DC 20004
                                              Telephone: (202) 739-3000
                                              Facsimile: (202) 739-3001

                                              *Attorneys for Apollo Management Holding, L.P.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------X
FEDERAL TRADE COMMISSION,                :
                                         :
        Plaintiff,           :
                                         :
        v.                   :
                                         :
WHOLE FOODS MARKET, INC.,                :   Civil Action No.:  07-CV-1021-PLF
                                         :
and                                      :
                                         :
WILD OATS MARKETS, INC.                  :
                                         :
        Defendants.          :
                                         :
------------------------------------------------------------X

### [PROPOSED] ORDER

    It is hereby **ORDERED**, that John Shin of Morgan, Lewis & Bockius LLP is admitted *pro hac vice* in the above-referenced proceeding as counsel for Movant Apollo Management Holding, L.P.

DATED:_____           _____
                                        Paul L. Friedman
                                        United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WHOLE FOODS MARKET, INC., | : | Civil Action No.:  07-CV-1021-PLF |
| | : | |
| and | : | |
| | : | |
| WILD OATS MARKETS, INC. | : | |
| | : | |
| Defendants. | : | |
| | : | |

-----------------------------------------------------------------X

**DECLARATION OF JOHN SHIN**

I, John Shin, hereby declare as follows:

1.     My full name is John Shin.

2.     I currently practice law in the office of Morgan, Lewis & Bockius LLP located at 101 Park Avenue, New York, NY 10178, my telephone number is 212-309-6844, and my e-mail address is jshin@morganlewis.com.

3.     I am admitted to the Bars of California and New York.  I am a member in good standing of the Bar of New York and currently registered as inactive with the Bar of California.

4.     I have never been disciplined by any Bar.

5.     I have never been admitted *pro hac vice* to this Court.

6.     I do not practice law from an office located in the District of Columbia.

Dated:  June 20, 2007

Respectfully Submitted,

_____
John Shin
