IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION, )
)
Plaintiff, )
)
v. )
)
WHOLE FOODS MARKET, INC. ) Civil Action No. 1:07-CV-01021-PLF
)
and )
)
WILD OATS MARKETS, INC. )
)
Defendants. )

RECEIVED
2007 JUN 26 AM 9:55
NANCY M.
MAYER-WHITTINGTON
CLERK

**INTERVENOR H.E. BUTT GROCERY COMPANY'S REQUEST FOR ORAL ARGUMENT**

On Friday, June 22, 2007, H.E. Butt Grocery Company ("HEB") filed its Opposition to Whole Foods Markets, Inc.'s Motion for Entry of a Final Protective Order. HEB respectfully requests oral argument.

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____

Joseph J. Simons (DC Bar No. 376168)
1615 L Street, NW, Suite 1300
Washington, DC 20036
(202) 223-7300

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 26  AM 9:55

NANCY M.
MAYER-WHITTINGTON
CLERK

Leslie G. Fagen (DC Bar No. 395962)
Andrew C. Finch (DC Bar No. 494992)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Attorneys for H.E. Butt Grocery Company

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of June, 2007, I caused the foregoing Intervenor H.E.Butt Grocery Company's Request for Oral Argument to be served on the persons listed below by U.S. mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
Eric Matthew Sprague
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, DC 20001

Thomas J. Lang
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005

**Attorneys for Defendant Whole Foods Market Inc.**

Alden Lewis Atkins
John David Taurman
Neil W. Imus
VINSON & ELKINS, LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004

**Attorneys for Defendant Wild Oats Markets, Inc.**

Gary A. McDonald
Clifford H. Aronson
Matthew P. Hendrickson
Thomas Pak
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Terrence J. Wallock
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA 92625

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 26 AM 9: 55

NANCY M.
MAYER-WHITTINGTON
CLERK

/s/ Danielle M. Clark
Danielle Monnig Clark