IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| Plaintiff, | ) ) ) Civ. No. 1:07-CV-01021-PLF |
| v. | ) ) |
| WHOLE FOODS MARKET, INC. | ) ) |
| and | ) ) |
| WILD OATS MARKETS, INC. | ) ) |
| Defendants. | ) ) |

CERTIFICATE OF WINN-DIXIE STORES, INC. REQUIRED
BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

We, the undersigned counsel of record for Winn-Dixie Stores, Inc. certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Winn-Dixie Stores, Inc. which have any outstanding shares in the hands of the public.

*There are no parent companies, subsidiaries or affiliates of Winn-Dixie Stores, Inc. which have any outstanding shares in the hands of the public.*

These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 25, 2007

[signature on following page]

WDC_IMANAGE-857062 v1

> Respectfully submitted,
>
> */s/ Kristen C. Limrazi*
> Andrew G. Berg (DC Bar No. 397857)
> B. Kelly Kiser (DC Bar No. 461135)
> Kristen C. Limrazi (DC Bar No. 485011)
>   KING & SPALDING LLP
>   1700 Pennsylvania Avenue, NW
>   Washington, DC 20006
>   Telephone: (202) 626-2924
> Attorneys for Winn-Dixie Stores, Inc.