IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-01021-PLF |
| ) | |
| WHOLE FOODS MARKET, INC. ) | |
| and ) | |
| WILD OATS MARKETS, INC. ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Defendant Whole Foods Market, Inc.

Respectfully submitted,

/s/ John M. Faust
John M. Faust (DC Bar No. 433553)
VINSON ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008
Telephone:  202.639.6727
Facsimile:  202.639.6604
Email:  jfaust@velaw.com

Attorney for Defendant
Whole Foods Market, Inc.

June 28, 2007

**CERTIFICATE OF SERVICE**

       I hereby certify that, on this 28th day of June, 2007, I caused the foregoing Notice of Appearance to be filed and served using the Court's ECF system and also caused the same to be served on the persons listed below by electronic mail:

Matthew P. Hendrickson
Thomas A. Pak
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
mhendric@skadden.com
tpak@skadden.com

Christopher J. MacAvoy
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
MacAvoy@howrey.com

Alexander Maltas
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
alexander.maltas@lw.com

John Shin
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
jshin@morganlewis.com

Terrence J. Wallock
2224 Pacific Drive
Corona Del Mar, CA  92625
terry@wallock.com

                                        /s/ John M. Faust
                                        John M. Faust