IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>    Defendants. | Civil Action No. 1:07-CV-01021 (PLF) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Defendant Whole Foods Market, Inc.

Dated: June __29__, 2007

By:   /s/ Paul H. Friedman
Paul H. Friedman
DC Bar No. 290635
DECHERT LLP
1775 Eye Street NW, Suite 1100
Washington, DC  20006
Telephone:  +1  202  261  3398
Facsimile:   +1  202  261  3333
Paul.friedman@dechert.com

Attorneys for Defendant
Whole Foods Market, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this  29th  day of June, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served by electronic mail on the following:

**Counsel for Plaintiff Federal Trade Commission**

Michael J. Bloom
Thomas H. Brock
Eric M. Sprague
Thomas J. Lang
FEDERAL TRADE COMMISSION
601 New Jersey Avenue NW
Washington, DC  20001
Email: mjbloom@ftc.gov
Email: tbrock@ftc.gov
Email: esprague@ftc.gov
Email: tjlang@ftc.gov

**Counsel for Defendant Wild Oats Markets, Inc.**

Gary A. MacDonald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC  20005
Email: gmacdonald@skadden.com

Clifford H. Aronson
Thomas A. Pak
Matthew P. Hendrickson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
Email:  caronson@skadden.com
Email:  tpak@skadden.com
Email:  mhendric@skadden.com

Terrence J. Wallock
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA  92625
Email:  terry@wallock.com

**Counsel for Defendant Whole Foods Market, Inc.**

Alden L. Atkins
John D. Taurman
Neil W. Imus
VINSON & ELKINS, LLP
The Willard Office Building
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC  20004-1008
Email:  aatkins@velaw.com
Email:  jtaurman@velaw.com
Email:  nimus@velaw.com

**Counsel for IntervenorWegmans Food Markets, Inc.**

Christopher J. MacAvoy
HOWREY, LLP
1299 Pennsylvania Avenue NW
Washington, DC  20004
Email:  macavoyc@howrey.com

**Counsel for Intervenor Target Corporation**

John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Email:  jschmidtlein@wc.com

**Counsel for Intervenor Trade Joe's Company**

Karin F.R. Moore
Richard G. Parker
O'MELVENY & MYERS, LLP
1625 I Street NW, 1st Floor
Washington, DC  20006
Email:  kmoore@omm.com
Email:  rparker@omm.com

**Counsel for Intervenor Wal-Mart Stores, Inc.**

Daren S. Tucker
O'MELVENY & MYERS, LLP
1625 I Street NW, 1st Floor
Washington, DC  20006
Email:  dtucker@omm.com

**Counsel for Intervenor Publix Super Markets, Inc.**

Christopher J. MacAvoy
HOWREY, LLP
1299 Pennsylvania Avenue NW
Washington, DC  20004
Email:  macavoyc@howrey.com

**Counsel for Intervenor Supervalu Inc.**

Christopher J. MacAvoy
HOWREY, LLP
1299 Pennsylvania Avenue NW
Washington, DC  20004
Email:  macavoyc@howrey.com

**Counsel for Intervenor Kroger Co.**

Justin S. Antonipillai
ARNOLD & PORTER, LLP
555 Twelfth Street NW
Washington, DC  20004-1206
Email:  justin_antonipillai@aporter.com

**Counsel for Intervenor Safeway Inc.**

Edward M. Williamson
Alexander Maltas
LATHAM & WATKINS
555 Eleventh Street NW, Suite 1000
Washington, DC  20004
Email:  marc.williamson@lw.com
Email:  alexander.maltas@lw.com

Peter L. Winik
LATHAM & WATKINS
555 Eleventh Street NW, Suite 1300
Washington, DC  20004-1300
Email:  peter.winik@lw.com

**Counsel for Intervenor Apollo Management Holding LP**

Jonathan M. Rich
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC  20004-2541
Email:  jrich@morganlewis.com

John Shin
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Email:  jshin@morganlewis.com

**Counsel for Intervenor H.E. Butt Grocery Company**

Joseph J. Simons
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Litigation
1615 L Street NW, Suite 1300
Washington, DC  20036
Email:  jsimons@paulweiss.com

**Counsel for Intervenor Winn-Dixie Stores Inc.**

Kristen C. Limarzi
KING & SPALDING, LLP
1700 Pennsylvania Avenue NW
Washington, DC  20006
Email:  klimarzi@kslaw.com

Paul H. Friedman