UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FEDERAL TRADE COMMISSION
               :
     Plaintiff,
               :
  - against -
               :
WHOLE FOODS MARKETS, INC.; and  No. 1:07-CV-01021 (PLF)
WILD OATS MARKET, INC.,     :

     Defendants  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM OF DEFENDANT WILD OATS MARKETS, INC.
IN RESPONSE TO PLAINTIFF'S MOTION TO UNSEAL ITS
MEMORANDUM IN SUPPORT OF ITS MOTIONS FOR TEMPORARY
<u>RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

    Defendant Wild Oats Markets, Inc. does not oppose the Plaintiff's Motion to Unseal its Memorandum in Support of Its Motions for Temporary Restraining Order and Preliminary Injunction (the "Motion to Unseal") in the form of the Redacted Memorandum that is attached as Exhibit B to Plaintiff's Motion to Unseal.

    Respectfully submitted.

June 29, 2007

              By:  /s/
                Clifford H. Aronson (DC Bar No. 335182)
                Thomas Pak (*Pro Hac Vice*)
                Matthew P. Hendrickson (*Pro Hac Vice*)
                Skadden, Arps, Slate, Meagher & Flom LLP
                Four Times Square
                New York, New York 10036
                212-735-3000
                caronson@skadden.com

                *Attorneys for Defendant Wild Oats Markets, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of June, 2007, I caused the foregoing Plaintiff's Motion to Unseal its Memorandum in Support of Its Motions for Temporary Restraining Order and Preliminary Injunction to be served on the persons listed below by electronic mail and the ECF system:

**Attorneys for Plaintiff**

Michael J. Bloom, Esq.
Thomas H. Brock, Esq.
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Whole Foods Market, Inc.**

Alden L. Atkins, Esq.
John D. Taurman, Esq.
VINSON & ELKINS LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
atkins@velaw.com

Paul T. Denis, Esq.
Dechert LLP
1775 I Street, NW
Washington, D.C. 20006-2401
Paul.denis@dechert.com

                                                      /s/ Thomas Pak_____
                                                      Attorney for Wild Oats Markets, Inc.