**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| FEDERAL TRADE COMMISSION | : |
| Plaintiff | : Case No. 1:07-CV-01021-PLF |
| v. | : |
| WHOLE FOODS MARKET, INC., and WILD OATS MARKETS, INC. | : |
| Defendants | : |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia, please enter the appearance of Daniel Ferrel McInnis, of Akin Gump Strauss Hauer & Feld LLP, as counsel of record in this case for non-party Delhaize America, Inc.

Respectfully submitted,

/s/ Daniel Ferrel McInnis
Daniel Ferrel McInnis (DC Bar No. 452452)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: (202) 887-4359
Facsimile: (202) 955-7776
Email: dmcinnis@akingump.com

*Counsel for Delhaize America, Inc.*

June 29, 2007

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on such date I served the foregoing Notice of Appearance via electronic mail to:

Michael J. Bloom (Counsel for Plaintiff Federal Trade Commission)
Thomas H. Brock
Eric M. Sprague
Thomas J. Lang
Federal Trade Commission
601 New Jersey Avenue, NW
Washington, DC 20001
mjbloom@ftc.gov

Clifford H. Aronson (Counsel for Defendant Wild Oats Markets, Inc.)
Thomas A. Pak
Matthew P. Hendrickson
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
caronson@skadden.com
tpak@skadden.com
mhendric@skadden.com

Gary A. MacDonald (Counsel for Defendant Wild Oats Markets, Inc.)
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
gmacdona@skadden.com

Terrence J. Wallock (Counsel for Defendant Wild Oats Markets, Inc.)
2224 Pacific Drive
Corona Del Mar, CA 92625
terry@wallock.com

Alden L. Atkins (Counsel for Defendant Whole Foods Market, Inc.)
Vinson & Elkins LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
aatkins@velaw.com

James A. Fishkin (Counsel for Defendant Whole Foods Market, Inc.)
Dechert LLP
1775 I Street, NW
Washington, DC 20006
james.fishkin@dechert.com

COURTESY COPIES PROVIDED TO:

Karen Fleming Richard Moore (Counsel to Trader Joe's Co.)
Richard G. Parker (Counsel to Trader Joe's Co.)
Darren Scott Tucker (Counsel to Wal-Mart Stores, Inc.)
O'Melveny & Myers LLP
1625 I Street, NW
First Floor
Washington, DC 20006
kmoore@omm.com
rparker@omm.com
dtucker@omm.com

Christopher James MacAvoy (Counsel to Publix Super Markets, Inc. and Supervalu, Inc.)
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
macavoyc@howrey.com

Justin Sanjeeve Antonipillai (Counsel to Kroger Co.)
Arnold & Porter LLP
555 12th Street, N.W.
Washington, DC 20004
justin_antonipillai@aporter.com

Edward Marcellus Williamson (Counsel to Safeway, Inc.)
Alexander Maltas
Peter Lee Winik (Counsel to Safeway, Inc.)
Latham & Watkins
555 11th Street, NW
Suite 1000
Washington, DC 20004
marc.williamson@lw.com
alexander.maltas@lw.com
peter.winik@lw.com

Jonathan M. Rich (Counsel to Apollo Management Holding LP)
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
jrich@morganlewis.com

John Shin (Counsel to Apollo Management Holding LP)
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
jshin@morganlewis.com

Joseph J. Simmons (Counsel to He Butt Grocery Co.)
Paul Weiss Rifkind Wharton & Garrison LLP Litigation
1615 L Street, NW
Suite 1300
Washington, DC 20036
jsimons@paulweiss.com

Kristen Ceara Limarzi (Counsel to Winn-Dixie Stores, Inc.)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
klimarzi@kslaw.com


Dated: June 29, 2007

/s/ Daniel Ferrel McInnis
Daniel Ferrel McInnis, Esq.