IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WHOLE FOODS MARKET, INC. | ) Civil Action No. 1:07-CV-01021-PLF |
| | ) |
| and | ) |
| | ) |
| WILD OATS MARKETS, INC. | ) |
| | ) |
| Defendants. | ) |

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 29 PM 2: 42

NANCY M.
MAYER-WHITTINGTON
CLERK

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned appears as counsel of record for H.E. Butt Grocery Company.

Dated: New York, New York
      June 28, 2008

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____

Joseph J. Simons (DC Bar No. 376168)
1615 L Street, NW, Suite 1300
Washington, DC 20036

Leslie G. Fagen (DC Bar No. 395962)
Andrew C. Finch (DC Bar No. 494992)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Attorneys for H.E. Butt Grocery Company