IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| WHOLE FOODS MARKET, INC. | ) Civil Action No. 1:07-CV-01021-PLF |
| and | ) |
| WILD OATS MARKETS, INC. | ) |
| Defendants. | ) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for H.E. Butt Grocery Company, certify that there are no parent companies, subsidiaries or affliates of H.E. Butt Grocery Company that have any outstanding securities in the hands of the public.

Dated: New York, New York
June 28, 2008

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
    Joseph J. Simons (DC Bar No. 376168)
    1615 L Street, NW, Suite 1300
    Washington, DC 20036

    Leslie G. Fagen (DC Bar No. 395962)
    Andrew C. Finch (DC Bar No. 494992)
    1285 Avenue of the Americas
    New York, NY 10019-6064
    (212) 373-3000

Attorneys for H.E. Butt Grocery Company