**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC., | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| WILD OATS MARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that a sealed document was filed in paper format with the Court, pursuant to the Court's June 6, 2007 Order Directing the Filing Under Seal of Certain Documents. This document is not available for public viewing.

Respectfully submitted,

Dated: July 2, 2007

/s/ Thomas J. Lang
Thomas J. Lang (DC Bar # 452398)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
Telephone:   (202) 326-2665
Facsimile:   (202) 326-2071
tlang@FTC.gov

*Counsel to the Federal Trade Commission*