IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>Defendants. | Case No. 1:07-CV-01021 (PLF) |

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia, attorney Michael E. Antalics of the law firm O'Melveny & Myers LLP will appear as counsel of record for third party Wal-Mart Stores, Inc. in the above captioned proceeding.

Dated: July 3, 2007

Respectfully submitted,

/s/ Michael E. Antalics
Michael E. Antalics
D.C. Bar No. 475218
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Tel. (202) 383-5300
Fax (202) 383-5414

Counsel for Third Party WAL-MART STORES, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of July, 2007, I caused the foregoing NOTICE OF APPEARANCE to be filed and served using the Court's ECF system and also caused these same papers to be served on the persons listed below by electronic mail:

Attorneys for Plaintiff

Michael Bloom
FEDERAL TRADE COMMISSION
601 New Jersey Avenue, NW
Washington, DC 20001
mjbloom@ftc.gov

Attorney for Defendant Whole Foods Market, Inc.

Alden L. Atkins
VINSON & ELKINS LLP
The Willard Office Building
1455 Pennsylvania Ave., NW
Suite 600
Washington, DC 20004
aatkins@velaw.com

Attorney for Defendant Wild Oats Markets, Inc.

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
caronson@skadden.com


                              /s/ Michael E. Antalics
                              Attorney for Wal-Mart Stores, Inc.

DC1:713293.1