IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WHOLE FOODS MARKET, INC., <br><br> and <br><br> WILD OATS MARKETS, INC., <br><br> Defendants. | Civil Action No.: 1:07-CV-01021 (PLF) |

**CONSENT ORDER ON MOTION OF NON-PARTY DELHAIZE AMERICA, INC. TO MODIFY SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

Non-party Delhaize America, Inc. ("Delhaize") filed a Motion of Non-Party Delhaize America, Inc. to Modify Subpoena for 30(b)(6) Deposition, and, in the alternative, for Protective Order (Docket No. 79) (the "Motion"). In the Motion, Delhaize asks to schedule the deposition of its witness after the discovery deadline of July 6, 2007, set forth in the Case Management Order. Plaintiff the Federal Trade Commission (the "FTC"), defendant Whole Foods Market, Inc. ("Whole Foods"), defendant Wild Oats Markets, Inc. ("Wild Oats"), and Delhaize have agreed that the deposition of Delhaize may occur during the week of July 9, 2007, and therefore request the entry of an order permitting the deposition to take place during the week of July 9, notwithstanding the discovery deadline of July 6, 2007 set forth in the Case Management Order.

    Delhaize reserves the objection it raises in the Motion to the proposed protective order to which the FTC and the defendants have agreed.

                      Respectfully submitted,

/s/ Alden L. Atkins_____
Alden L. Atkins (DC Bar No. 393922)
Neil W. Imus (DC Bar No. 394544)
John D. Taurman (DC Bar No. 133942)
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC  20004-1008
Telephone (202) 639-6500
Facsimile (202) 639-6604


/s/ Paul T. Denis_____
Paul T. Denis (DC Bar No. 478958)
James A. Fishkin (DC Bar No. 437040)
DECHERT L.L.P.
1775 Eye Street, N.W.
Washington, DC  20006
Telephone (202 261-3430
Facsimile (202) 261-3333

Attorneys for Whole Foods Market, Inc.


/s/ Clifford H. Aronson_____
Clifford H. Aronson (DC Bar No. 335182)
Thomas Pak (Pro Hac Vice)
Matthew P. Hendrickson (Pro Hac Vice)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
(212) 735-3000
caronson@skadden.com

        Gary A. MacDonald (DC Bar No. 418378)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC  20005
(202) 371-7000
gmacdona@skadden.com

Terrence J. Wallock (Pro Hac Vice)
2224 Pacific Dr.
Corona Del Mar, CA  92625
(949) 375-0683

Attorneys for Defendant Wild Oats Markets, Inc.

/s/ Thomas H. Brock_____
Thomas H. Brock (DC Bar #939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC  20580
Telephone: (202) 326-2813
Facsimile:  (202) 326-3384

Attorneys for the Federal Trade Commission

/s/ Daniel Ferrel McInnis
Daniel Ferrel McInnis (D.C. Bar No. 452452)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:  (202) 887-4359
Facsimile:  (202) 955-7776
dmcinnis@akingump.com

Attorneys for Delaize America, Inc.

July 4, 2007

SO ORDERED:


Hon. Paul L. Friedman
United States District Judge


Date:_____

# CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of July, 2007, I caused the foregoing Consent Order On Motion Of Non-Party Delhaize America, Inc. To Modify Subpoena Or, In The Alternative, For A Protective Order to be filed and served using the Court's ECF system:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
Eric M. Sprague
Thomas J. Lang
FEDERAL TRADE COMMISSION
601 New Jersey Ave., N.W.
Washington, D.C.  20001
mjbloom@ftc.gov
tbrock@ftc.gov
esprague@ftc.gov
tjlang@ftc.gov

**Attorneys for Defendant Wild Oats Markets, Inc.**

Gary A. MacDonald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005
gmacdona@skadden.com

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
caronson@skadden.com

**Attorneys for Third Parties**:

Justin S. Antonipillai
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC  20004
Justin_Antonipillai@aporter.com

Attorney for Kroger Co.

5

Karin F.R. Moore
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
kmoore@omm.com
rparker@omm.com

Attorney for Trader Joe's Company

Darren S. Tucker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
dtucker@omm.com

Attorney for Wal-Mart Stores, Inc.

Peter L. Winik
Edward Marcellus Williamson
LATHAM & WATKINS LLP
555 11th Street N.W.
Suite 1000
Washington, DC  20004
Peter.Winik@lw.com

Attorney for Safeway, Inc.

Kristen Ceara Limarzi
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
Email: klimarzi@kslaw.com

Attorney for Winn-Dixie Stores Inc.

Jonathan M. Rich
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541
Email: jrich@morganlewis.com

John Shin*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

Attorneys for Apollo Management Holding LP

*Also served by overnight delivery service*

John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Email: jschmidtlein@wc.com

Attorney for Target Corporation

Joseph J. Simons
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036
Email: jsimons@paulweiss.com

Attorney for H.E. Butt Grocery Company

**The following persons have been served by electronic mail:**

Thomas A. Pak
Matthew P. Hendrickson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
tpak@skadden.com
mhendric@skadden.com

Attorney for Wild Oats Markets, Inc.

Terrence J. Wallock
2224 Pacific Dr.
Corona Del Mar, CA 92625
terry@wallock.com

Attorney for Wild Oats Markets, Inc.

Christopher J. MacAvoy *
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
MacAvoy@howrey.com

Attorney for
Wegman Food Markets, Inc.
Publix Super Markets, Inc., and
SUPERVALU, Inc.

**\*** *Also served by Hand Delivery*

Alexander Maltas
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC  20004
alexander.maltas@lw.com

Attorney for Safeway, Inc.

/s/ Alden L. Atkins
Attorney for Whole Foods Market, Inc.

DC 686924v.1