UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civ. No. 07-cv-01021-PLF ) |
| WHOLE FOODS MARKET, INC. | ) ) ) |
| and | ) ) |
| WILD OATS MARKETS, INC., | ) ) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION, PURSUANT TO RULE 29(2), FED. R. CIV. P., FOR LEAVE TO INSPECT PREMISES AFTER THE CLOSE OF DISCOVERY**

Pursuant to Rule 29(2) and Rule 34 of the Federal Rules of Civil Procedure, plaintiff Federal Trade Commission respectfully moves the Court for leave to inspect one of defendant Wild Oats' stores at a time mutually convenient for the parties during the week of July 9, 2007. This is the first application of either plaintiff or defendants under Rule 29(2) to take discovery after the July 6, 2007, discovery cut-off date.[1]

Pursuant to Rule 34, the Commission has requested the permission of defendant Wild Oats to inspect and photograph, on July 6, 2007, Wild Oats's retail store located at 87 Marginal Way, Portland, Maine 04101. *See* Exhibit A. We advised Wild Oats that it would be much more convenient if not necessary for plaintiff (and, we thought, for defendants) to schedule the inspection next week because the parties already have five depositions scheduled for July 6, 2007.

---

[1] The parties have agreed, pursuant to Rule 29(1), Fed. R. Civ. P., to schedule certain third party depositions the week of July 9, 2007.

Plaintiff advises the Court that conducting this specific discovery during the week of July 9, 2007, will not otherwise interfere with the schedule established in the Case Management Order entered by the Court.

Defendants Whole Foods and Wild Oats do not oppose this request, but advise the Court and plaintiff that they do not agree to any inspections of any other stores after July 6, 2006.

A proposed order is attached.

Respectfully submitted,

Dated: July 5, 2007

/s/ Thomas H. Brock
Thomas H. Brock (DC Bar No. 939207)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2475 (direct dial)
(202) 326-2884 (facsimile)
Tbrock@ftc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WHOLE FOODS MARKET, INC.<br><br>　　and<br><br>WILD OATS MARKETS, INC.,<br><br>　　　　　　　　Defendants. | Civ. No. 07-cv-01021-PLF |

## [PROPOSED] ORDER

On the unopposed motion of plaintiff Federal Trade Commission, it is hereby

ORDERED that plaintiff Federal Trade Commission has leave pursuant to Rule 29(2) and Rule 34, Fed. R.. Civ. P., to inspect and photograph Wild Oats's retail store located at 87 Marginal Way, Portland, Maine 04101, at time mutually convenient for plaintiff and defendants the week of July 9, 2007.

Entered this __ day of July, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served the foregoing papers on the following counsel via electronic mail:

>Alden L. Atkins, Esq.
>Vinson & Elkins LLP
>The Willard Office Building
>1455 Pennsylvania Ave., N.W.
>Suite 600
>Washington, D.C. 20004-1008
>(202) 639-6613
>Aatkins@VELaw.com

>Paul T. Denis, Esq.
>Dechert L.L.P.
>1775 I Street, NW
>Washington, D.C. 20006-2401
>(202) 261-3430
>Paul.denis@Dechert.com

>Clifford H. Aronson, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>1440 New York Avenue, N.W.
>Washington, D.C. 20005
>(212) 735-2614
>Caronson@Skadden.com

Dated: July 5, 2007                 /s/ Thomas H. Brock
                                    Thomas H. Brock, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 1:07-CV-01021 (PLF) |
| WHOLE FOODS MARKET, INC. | ) | |
| and | ) | |
| WILD OATS MARKETS, INC. | ) | |
| Defendants. | ) | |

**Plaintiff's Request for Entry Upon Land for Inspection
to Defendant Wild Oats Markets, Inc.**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission hereby propounds to Defendant Wild Oats Markets, Inc. ("Wild Oats"), the following Request for Entry Upon Land for Inspection and Other Purposes.

Plaintiff requests that Wild Oats permit Plaintiff (including its agents or subcontractors) to enter and inspect Wild Oats's retail store located at 87 Marginal Way, Portland, Maine 04101 (the "Premises"). This request is for the purpose of inspecting, measuring, surveying, photographing, testing, or sampling the premises, primarily by means of photographing and/or videotaping all portions of the exterior and interior of the Premises and taking inventory of all

1

equipment and other property on the Premises.

    Plaintiff shall make inspection of the Premises on Friday, July 6, 2007, at 9:30 a.m. ET.


Dated: July 3, 2007                  /s/ Thomas H. Brock
                                      Thomas H. Brock (DC Bar # 939207)
                                      Federal Trade Commission
                                      601 New Jersey Avenue, N.W.
                                      Washington, D.C. 20580
                                      Telephone:    (202) 326-2813
                                      Facsimile:     (202) 326-3384
                                      Tbrock@FTC.gov

                                      Counsel for the Federal Trade Commission

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I served the foregoing via electronic mail to:

Alden L. Atkins, Esq.
The Willard Office Building
1455 Pennsylvania Ave., N.W., Suite 600
Washington, D.C.  20004-1008
Aatkins@velaw.com

Counsel for Defendant Whole Foods Market, Inc.


Paul T. Denis, Esq.
Dechert LLP
1775 I Street
Washington, DC  20006-2401
Paul.denis@dechert.com
Counsel for Defendant Whole Foods Market, Inc.



Clifford H. Aronson, Esq.  (Counsel for
Defendant Wild Oats Markets, Inc.)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Caronson@skadden.com

Counsel for Defendant Wild Oats Markets, Inc.


Dated: July 3, 2007                              /s/ Thomas H. Brock
                                                 Thomas H. Brock, Esq.