UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-cv-01021-PLF |
| ) | |
| WHOLE FOODS MARKET, INC. ) | |
| ) | |
| and ) | |
| ) | |
| WILD OATS MARKETS, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION, PURSUANT TO RULE 29(2) AND RULE 36, FED. R. CIV. P., FOR LEAVE TO SERVE REQUESTS FOR ADMISSIONS ON DEFENDANTS**

Pursuant to Rule 29(2) and Rule 36 of the Federal Rules of Civil Procedure, plaintiff Federal Trade Commission respectfully moves the Court for leave to serve requests for admissions today on defendants Whole Foods Market, Inc., and Wild Oats Markets, Inc., for a response after the July 6, 2007, discovery cut-off date.[1]  This is the third application of plaintiff under Rule 29(2).[2]

---

[1]  Plaintiff has not included a copy of the request for admissions with this motion because they contain information designated by defendants as confidential.  It would be necessary to file this motion under seal if they were attached.  Plaintiff will provide a copy of the requests to the Court upon its request.

[2]  Today we also have filed a request for permission to serve defendants each with an additional interrogatory.  On July 5, 2007, the Court granted our unopposed motion for leave to conduct an inspection of defendant Wild Oats' store in Portland, Maine, the week of July 9, 2007.  Also, the parties have agreed, pursuant to Rule 29(1), Fed. R. Civ. P., to schedule certain third party depositions the week of July 9, 2007.

These requests for admissions are in the interest of the Court and the parties because they may reduce the number of exhibits and affidavits that plaintiff will present with its briefs on the motion for preliminary injunction.

Defendants Whole Foods and Wild Oats oppose this request.

A proposed order is attached.

Respectfully submitted,

Dated: July 6, 2007

/s/ Thomas H. Brock
Thomas H. Brock (DC Bar No. 939207)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2813
Tbrock@ftc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-cv-01021-PLF |
| ) | |
| WHOLE FOODS MARKET, INC. ) | |
| ) | |
| and ) | |
| ) | |
| WILD OATS MARKETS, INC., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

On the unopposed motion of plaintiff Federal Trade Commission, it is hereby

ORDERED that plaintiff Federal Trade Commission has leave pursuant to Rule 29(2) and Rule 36, Fed. R.. Civ. P., to serve the requests for admissions dated July 6, 2007, on defendants.

Entered this __ day of July, 2007.

_____
PAUL L. FRIEDMAN
United States District Judge

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I served the foregoing papers on the following counsel via electronic mail:

        Alden L. Atkins, Esq.
        Vinson & Elkins LLP
        The Willard Office Building
        1455 Pennsylvania Ave., N.W.
        Suite 600
        Washington, D.C.  20004-1008
        (202) 639-6613
        Aatkins@VELaw.com

        Paul T. Denis, Esq.
        Dechert L.L.P.
        1775 I Street, NW
        Washington, D.C.  20006-2401
        (202) 261-3430
        Paul.denis@Dechert.com

        Clifford H. Aronson, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        1440 New York Avenue, N.W.
        Washington, D.C.  20005
        (212) 735-2614
        Caronson@Skadden.com

Dated: July 6, 2007          /s/ Thomas H. Brock
                Thomas H. Brock, Esq.