UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
FEDERAL TRADE COMMISSION,                 )
                                          )
       Plaintiff,                         )
                                          )
       v.                                 )   Civil Action No. 07-1021 (PLF)
                                          )
WHOLE FOODS MARKET, INC.,                 )
                                          )
       and                                )
                                          )
WILD OATS MARKETS, INC.,                  )
                                          )
       Defendants.                        )
_____)

ORDER

       This matter is before the Court on plaintiff's motion for an Order, pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, seeking to unseal the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, originally filed under seal on June 6, 2007, with certain redactions agreed upon by the parties. Defendant Whole Foods Market, Inc. opposes the motion, arguing that a larger number of redactions are required to protect confidential and proprietary information before a redacted version of the Memorandum should be filed on the public record. Defendant Wild Oats Markets, Inc. does not oppose plaintiff's motion.

       The Court has carefully considered the arguments of the parties, the contents of the Memorandum at issue, and the relevant case law. Upon consideration of the foregoing, and because all of the underlying documents referred in the Memorandum and all of the exhibits filed

by plaintiff in connection with its motion for a temporary restraining order/preliminary injunction will remain under seal and/or subject to the terms of the parties' protective order, the Court largely agrees with plaintiff and disagrees with Whole Foods. Accordingly, it is hereby

ORDERED that plaintiff's motion is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order and Preliminary Injunction, filed in the above-referenced case, be unsealed in the form of the Redacted Memorandum submitted by plaintiff, except that the following additional redactions shall be made: As identified by Whole Foods in Exhibit 2 to its Opposition in yellow highlights consecutively numbered: (1) Yellow Highlight No. 4; (2) the first eight words in Yellow Highlight No. 8, beginning with the words "For example;" and (3) the first indented quotation in Yellow Highlight No. 9; and it is

FURTHER ORDERED that, with these redactions and the parties' agreed upon redactions, plaintiff shall file its Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order and Preliminary Injunction on the public record.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: July 9, 2007