# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:07-CV-01021 (PLF) |
| WHOLE FOODS MARKET, INC. | |
| and | |
| WILD OATS MARKETS, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Defendant Whole Foods Market, Inc.

Respectfully,

/s/ Jeffrey W. Brennan
Jeffrey W. Brennan
DC Bar No. 447438
DECHERT LLP
1775 I Street, NW
Washington, DC 20006
202.261.3430
jeffrey.brennan@dechert.com

Attorney for Defendant
Whole Foods Market, Inc.

July 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of July, 2007, I caused the foregoing Notice of Appearance to be filed and served using the Court's ECF system and also caused these same papers to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Wild Oats Markets, Inc.**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
caronson@skadden.com

/s/ Jeffrey W. Brennan
Attorney for Whole Foods Market, Inc.

12808700.1.LITIGATION