UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,           )<br>                                                            )<br>                    Plaintiff,              )<br>                                                            )<br>            v.                                          )<br>                                                            )<br>WHOLE FOODS MARKET, INC.,    )<br>                                                            )<br>      - and -                                        )<br>                                                            )<br>WILD OATS MARKETS, INC.,        )<br>                                                            )<br>                    Defendants.          ) | Civ. No.  07-cv-01021-PLF |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE**

Plaintiff Federal Trade Commission hereby withdraws its Motion, Pursuant to Rule 29(2) and Rule 33, Fed. R. Civ. P., For Leave to Serve Interrogatories on Defendants, filed on July 6, 2007 [Docket No. 96].

Respectfully submitted,

Dated: July 11, 2007         /s/ Thomas H. Brock
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
Telephone:    (202) 326-2813
Facsimile:     (202) 326-3384
Tbrock@FTC.gov

Counsel for the Federal Trade Commission

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I filed and served the foregoing via CM/ECF and served the foregoing via electronic mail to:

Alden L. Atkins, Esq.
The Willard Office Building
1455 Pennsylvania Ave., N.W., Suite 600
Washington, D.C.  20004-1008
Aatkins@velaw.com

Counsel for Defendant Whole Foods Market, Inc.


Paul T. Denis, Esq.
Dechert LLP
1775 I Street
Washington, DC  20006-2401
Paul.denis@dechert.com

Counsel for Defendant Whole Foods Market, Inc.


Clifford H. Aronson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Caronson@skadden.com

Counsel for Defendant Wild Oats Markets, Inc.


Dated: July 11, 2007                                   /s/ Thomas H. Brock
                                                       Thomas H. Brock, Esq.