UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WILD OATS MARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appears as counsel of record for Plaintiff Federal Trade Commission in this matter.

Respectfully submitted,

/s/ Reid B. Horwitz
Reid B. Horwitz (DC Bar No. 440612)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
(202) 326-2037 (direct dial)
(202) 326-2071 (facsimile)
rhorwitz1@ftc.gov

Dated:  July 11, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I filed and served the foregoing via CM/ECF and served the foregoing via electronic mail to:

Alden L. Atkins, Esq.
The Willard Office Building
1455 Pennsylvania Ave., N.W., Suite 600
Washington, D.C.  20004-1008
Aatkins@velaw.com

Counsel for Defendant Whole Foods Market, Inc.


Paul T. Denis, Esq.
Dechert LLP
1775 I Street
Washington, DC  20006-2401
Paul.denis@dechert.com

Counsel for Defendant Whole Foods Market, Inc.


Clifford H. Aronson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Caronson@skadden.com

Counsel for Defendant Wild Oats Markets, Inc.


| | |
|---|---|
| Dated: July 11, 2007 | /s/ Reid B. Horwitz |
| | Reid B. Horwitz |