AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission

       Plaintiff(s)

vs.

Whole Foods Market, Inc. and
Wild Oats Markets, Inc.

       Defendant(s)

**APPEARANCE**

CASE NUMBER   07-cv-01021-PLF

To the Clerk of this court and all parties of record:

Please enter the appearance of   Amanda L. Wait   as counsel in this
                                  (Attorney's Name)

case for:   Federal Trade Commission
                (Name of party or parties)

July 13, 2007
Date

*Amanda L. Wait*
Signature

Federal Trade Commission
Print Name

BAR IDENTIFICATION

600 Pennsylvania Avenue, NW
Address

Washington, DC 20580
City     State     Zip Code

(202) 326-2220
Phone Number