UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. No. 07-cv-01021-PLF |
| | ) |
| WHOLE FOODS MARKET, INC. | ) |
| | ) |
| and | ) |
| | ) |
| WILD OATS MARKETS, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S REPLY MEMORANDUM ON MOTION TO COMPEL TESTIMONY OF THIRD PARTY PERRY ODAK**

There are two points that the Federal Trade Commission makes in reply to the brief of defendant Wild Oats Markets, Inc., in response to our motion to compel the testimony of Perry Odak.

1. Defendant argues that, because the investigation and litigation might be inconvenient for Mr. Odak, he has a "common interest" with Wild Oats.  In fact, "[t]he rationale for recognizing joint defense agreements is that they permit *parties* to share information pertinent *to each others' defenses*."  *In re Grand Jury Subpoena*, 274 F.3d 563 (1st Cir. 2001) (italics added).  Obviously, Mr. Odak never ran a risk of being named as a defendant in this litigation.

2. Defendant relies on Chief Justice Burger's concurring opinion in *Upjohn Co. v. United States*, 449 U.S. 383 (1980), to suggest that the attorney-client privilege between defendant and defendant's counsel in this litigation somehow extends to the relationship between defendant's counsel and defendant's former employee.  We note that, in *Upjohn*, the corporation

asserted a privilege to its counsel's communications with former employees regarding an investigation of the legality of the company's "*activities during their period of employment.*" *Id*. at 395 n.3 (italics added).  Chief Justice Burger's concurring analysis does not extend the attorney-client privilege to communications with Mr. Odak regarding Whole Foods' tender offer for Wild Oats that was initiated *after* Mr. Odak left the company.

                                             Respectfully submitted,

Dated: July 17, 2007

/s/ Thomas H. Brock
Thomas H. Brock (DC Bar No. 939207)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2813 (direct dial)
(202) 326-2884 (facsimile)
Tbrock@ftc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I filed and served the foregoing via CM/ECF and served the foregoing via electronic mail to:

Charles M. Rosenberg, Esq.
Carlton Fields
4000 International Place
100 S.E. Second Street
Miami, Florida 33131-2114
Crosenberg@carltonfields.com
Counsel for Third Party Perry Odak

Alden L. Atkins, Esq.
Vinson & Elkins LLP
The Willard Office Building
1455 Pennsylvania Ave., N.W., Suite 600
Washington, D.C. 20004-1008
Aatkins@velaw.com
Counsel for Defendant Whole Foods Market, Inc.

Paul T. Denis, Esq.
Dechert LLP
1775 I Street
Washington, DC 20006-2401
Paul.denis@dechert.com
Counsel for Defendant Whole Foods Market, Inc.

Clifford H. Aronson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Caronson@skadden.com
Counsel for Defendant Wild Oats Markets, Inc.

|  |  |
|---|---|
|  | /s/ Thomas H. Brock |
| Dated: July 17, 2007 | Thomas H. Brock |