# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case: 1:07-cv-01021 - PLF |
| | ) |
| WHOLE FOODS MARKET, INC., | ) |
| | ) |
| - and - | ) |
| | ) |
| WILD OATS MARKETS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF A BULK FILING OF THE PUBLIC VERSION OF PREVIOUSLY SEALED EXHIBITS TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Federal Trade Commission hereby gives notice of a bulk filing of the public versions, with redactions stipulated to among the parties, of the exhibits originally filed under seal with Plaintiff's Memorandum in Support of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

Dated: July 18, 2007

/s/ Thomas J. Lang
Thomas J. Lang (D.C. Bar # 452398)
Joan L. Heim
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC  20580
(202) 326-2475 (direct dial)
(202) 326-2884 (facsimile)
tlang@ftc.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing papers were served this 18th day of July, 2007 via the Court's CM/ECF system and additionally by electronic copies to:

> Alden L. Atkins, Esq.
> Vinson & Elkins LLP
> The Willard Office Building
> 1455 Pennsylvania Ave., N.W.
> Suite 600
> Washington, D.C.  20004-1008
> (202) 639-6613
> Aatkins@VELaw.com
>
>
> Clifford H. Aronson, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> (212) 735-2614
> Caronson@Skadden.com
>
>
> Paul T. Denis
> Dechert LLP
> 1775 I Street, NW
> Washington, DC 2006-2401
> Paul.denis@dechert.com
>
> Attorneys for Defendants

Dated: July 18, 2007                    /s/ Eric M. Sprague
                                                     Eric M. Sprague, Esq.
                                                    Attorney for Plaintiff