IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WILD OATS MARKETS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ERRATA TO THE PUBLIC VERSION OF EXHIBITS TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Federal Trade Commission submits the following notice of errata to its bulk filing of the exhibits to Plaintiff's Memorandum in Support of Its Motions for Temporary Restraining Order and Preliminary Injunction (Doc. No. 111). One of the exhibits included in that filing was designated public when in fact it should be redacted.

On July 18, 2007, the Commission filed public versions of the exhibits to its Memorandum in hard copy with a CD containing electronic copies. A notice of bulk filing was uploaded via the ECF system (Doc. No. 111). The Commission subsequently determined that an unredacted version of Exhibit 51 to the Memorandum, PX01322, was inadvertently included in this filing. Portions of Exhibit 51 should have been redacted.

To correct the error, the Commission respectfully requests that the Court remove the paper copies of Exhibit 51 (PX01322) from the filing and seal the CD as filed that has an

unredacted version of Exhibit 51.  Plaintiff will deliver to the Court a new CD with a public version of Exhibit 51.

Respectfully submitted,

Dated: July 20, 2007

/s/ Thomas H. Brock
Thomas H. Brock
Federal Trade Commission
601 New Jersey Ave., N.W.
Washington, DC 20001
(202) 326-2813 (direct dial)
(202) 326-2284 (facsimile)
tbrock@ftc.gov