UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 1:07-cv-01021-PLF |
| | ) |
| WHOLE FOODS MARKET, INC., | ) |
| | ) |
| - and - | ) |
| | ) |
| WILD OATS MARKETS, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF FILING OF SEALED MATERIAL**

_____Notice is given that a sealed document was filed in paper format with the Court, pursuant to Plaintiff's unopposed July 20, 2007 motion to seal. This document is not available for public viewing.

Respectfully submitted,

Dated: July 20, 2007

  /s/ Thomas H. Brock
Thomas H. Brock
Bureau of Competition
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC  20001
(202) 326-2813 (direct dial)
(202) 326-2884 (facsimile)
tbrock@ftc.gov

Counsel for Plaintiff