IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-cv-01021-PLF ) |
| WHOLE FOODS MARKET, INC., | ) ) |
| - and - | ) ) |
| WILD OATS MARKETS, INC., | ) ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING SEALED MATERIAL**

Notice is given that a sealed document was filed in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order. This document is not available for public viewing.

/s/ Paul T. Denis
Paul T. Denis
DC Bar No. 437040
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3430
(202) 261-3333

Counsel for Defendant Whole Foods Market, Inc.