IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.,<br><br>Defendants. | Civil Action No.: 1:07-CV-01021 (PLF) |

### NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel for Defendant Whole Foods Market, Inc.

Respectfully,

/s/ Rebecca P. Dick
_____
Rebecca P. Dick
DC Bar No. 463197
DECHERT LLP
1775 I Street, NW
Washington, DC 20006
202.261.3432
Rebecca.dick@dechert.com

*Attorney for Defendant
Whole Foods Market, Inc.*

July 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of July, 2007, I caused the foregoing Notice of Appearance to be filed and served using the Court's ECF system and also caused these same papers to be served on the persons listed below by electronic mail:

**Attorneys for Plaintiff**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Wild Oats Markets, Inc.**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
caronson@skadden.com

_____
*Attorney for Whole Foods Market, Inc.*