IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 07-cv-01021 - PLF |
| v. ) | |
| ) | |
| WHOLE FOODS MARKET, INC. ) | |
| ) | |
| and ) | |
| ) | |
| WILD OATS MARKETS, INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF FEDERAL TRADE COMMISSION'S ERRATA AND
MOTION FOR LEAVE TO FILE CORRECTED BRIEF
ON ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Federal Trade Commission respectfully moves for leave of the Court to file a Corrected Brief on Its Motion for Preliminary Injunction. The Corrected Brief primarily reflects corrections of typographical errors and citation formatting. We have identified all substantive corrections in the attached Errata.

Like the original Brief filed on July 20, 2007, the Corrected Brief will be filed under seal. A separate Motion to File Under Seal was filed with the original Brief.

A Proposed Order is attached.

Respectfully submitted,

Dated: July 23, 2007

/s/ Thomas H. Brock /s/
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Ave., N.W.
Washington, DC 20001
(202) 326-2475 (direct dial)
(202) 326-2284 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET, INC. )<br>)<br>and )<br>)<br>WILD OATS MARKETS, INC. )<br>)<br>Defendants. ) | Civ. No. 07-cv-01021 - PLF |

## ERRATA FOR PLAINTIFF FEDERAL TRADE COMMISSION'S BRIEF ON ITS MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Federal Trade Commission submits the following errata to correct its Brief on its Motion for Preliminary Injunction. Plaintiff is also filing today a corrected copy of the brief with the errata corrected. Please note all page references below are to the pages in the Brief filed on July 20, 2007, unless otherwise indicated:

1. Pages i though viii of the Corrected Brief (filed July 23, 2007) contain a Table of Contents and Table of Authorities which were omitted.

2. On page 4, add "they provide" prior to "a unique environment."

3. On page 5, in the first full paragraph, replace "Exhibit 10 (PX00014)" with "Exhibit 3 (PX00553)."

4. On page 5, in the penultimate line, replace "PX01333" with "PX01323."

5. On page 8, in the last line, replace the date with "February 2007."

6. On page 14, in the last line, replace "Exhibit 32" with "Exhibit 6."

7.   On page 17, in the second line, replace "PNOS" with "premium natural and organic supermarket."

8.   On page 19, in the penultimate line of the block quote, replace "form" with "from."

9.   In footnote 15, after the quote, add "970 F. Supp."

10.  On page 20, in the penultimate line, replace "But a" with "A."

11.  In footnote 23, in the last line, delete "on revenues."

12.  On page 23, in the second line, delete ", store."

13.  On page 27, prior to subheading b., replace the string citation with the following: "Exhibit 6 (Murphy Report, ¶¶ 58-59, PX02883); Exhibit 65 (Murphy Report, ex. 5 (PX02882)."

14.  On page 31, in the second full paragraph, delete "Transcript" through the end of the citation and replace with "PX01333 at 003-004."

15.  On page 32, in the first line on the page, delete the parenthetical and replace with "(PX01333 at 003-004)."

16.  On page 32, in the third line, replace "Exhibit 42" with "Exhibit 8."

17.  On page 38, after the first block quote, replace "Hasler" with "Hasker."

18.  On page 45, in the second full paragraph, add "970 F. Supp. at 1078" after "*Staples.*"

19.  On page 48, in the last line, replace "pre-acquisition" with "post-acquisition."

20.  On page 67, in the penultimate line, replace "#" with "number."

21.  On page 71, in the first line, replace "Exhibit ___ (PX01301)" with "Exhibit 154 (PX01045)."

22.  On page 71, replace "Maestri, Nicole, *Wal-Mart Learns Lessons with Organic Foods*, Reuters, Apr. 20, 2007," with "Exhibit 8 (PX01306)."

23.  On page 75, after "*see Staples*" add "970 F. Supp."

24.  On page 80, after "*Staples,*" add "970 F. Supp."

25. On the following pages we added exhibit numbers that were omitted: pg. 6 (Exhibit 18); pg. 9 (Exhibit 27); pg. 11 (Exhibit 28); pg. 23 (Exhibit 48); pg. 26 (Exhibit 6 and 65); pg. 27 (Exhibit 65); pg. 32 (Exhibit 42); pg. 49 (Exhibit 28); pg. 51 (Exhibit 112); pg. 55 (Exhibit 39); pg. 58 (Exhibit 135); pg. 62 (Exhibit 96); pg. 71 (Exhibits 8 and 158); pg. 73 (Exhibits 6 and 150); pg. 74 (Exhibits 2, 17, and 162); pg. 75 (Exhibits 16, 28, 66, and 150); pg. 76 (Exhibits 28, 150, 165); pg. 77 (Exhibits 28, 68, 165); pg. 79 (Exhibits 39 and 167).

Respectfully submitted,

Dated: July 23, 2007

/s/ Thomas H. Brock /s/
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Ave., N.W.
Washington, DC 20001
(202) 326-2475 (direct dial)
(202) 326-2284 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 07-cv-01021 - PLF |
| v. ) | |
| ) | |
| WHOLE FOODS MARKET, INC. ) | |
| ) | |
| and ) | |
| ) | |
| WILD OATS MARKETS, INC. ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER GRANTING LEAVE TO FILE CORRECTED BRIEF

Upon consideration of Plaintiff's Motion for Leave to File Corrected Brief of its Motion for Preliminary Injunction,

IT IS HEREBY ORDERED, that Plaintiff's Motion is GRANTED.

ISSUED this _____ day of _____, at _____ am/pm.

ORDERED:

_____
United States District Court Judge