IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-cv-01021-PLF |
| ) | |
| WHOLE FOODS MARKET, INC., ) | |
| ) | |
| - and - ) | |
| ) | |
| WILD OATS MARKETS, INC., ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANTS' NOTICE OF FILING SEALED MATERIAL</u>**

Notice is given that a sealed document was filed in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order. This document is not available for public viewing.

/s/ Paul T. Denis
Paul T. Denis
DC Bar No. 437040
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3430
(202) 261-3333

Counsel for Defendant Whole Foods Market, Inc.