UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC., | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| WILD OATS MARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF FILING OF SEALED MATERIAL**

Notice is given that a sealed document, Corrected Brief in Support by Federal Trade Commission re [4] Motion for Preliminary Injunction, was filed in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order.  This document is not available for public viewing.

Respectfully submitted,

Dated: July 23, 2007

/s/ Thomas H. Brock
Thomas H. Brock
Bureau of Competition
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC  20001
(202) 326-2813 (direct dial)
(202) 326-2884 (facsimile)
tbrock@ftc.gov

Counsel for Plaintiff