UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:07-cv-01021-PLF |
| WHOLE FOODS MARKET, INC., | ) |
| - and - | ) |
| WILD OATS MARKETS, INC., | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF FILING OF SEALED MATERIAL**

Notice is given that sealed documents, Plainitiff's Motion in Limine to Exclude the Expert Report and Testimony of Kellyanne Conway, and exhibits thereto, were filed in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order. This document is not available for public viewing.

Respectfully submitted,

Dated: July 24, 2007

/s/ Eric M. Sprague
Eric M. Sprague
Bureau of Competition
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC 20001
(202) 326-2101 (direct dial)
(202) 326-2071 (facsimile)
esprague@ftc.gov

Counsel for Plaintiff