UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WILD OATS MARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appears as counsel of record for Plaintiff Federal Trade Commission in this matter.

                                                  Respectfully submitted,

                                                  /s/ Marilyn E. Kerst
                                                  Marilyn E. Kerst (DC Bar No. 331769)
                                                  Federal Trade Commission
                                                  600 Pennsylvania Avenue, N.W.
                                                  Washington, D.C. 20580
                                                  (202) 326-2158 (direct dial)
                                                  (202) 326-2477 (facsimile)
                                                  mkerst@ftc.gov

Dated: July 25, 2007

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date I filed and served the foregoing via CM/ECF and served the foregoing via electronic mail to:

Alden L. Atkins, Esq.
The Willard Office Building
1455 Pennsylvania Ave., N.W., Suite 600
Washington, D.C.  20004-1008
Aatkins@velaw.com

Counsel for Defendant Whole Foods Market, Inc.

Paul T. Denis, Esq.
Dechert LLP
1775 I Street
Washington, DC  20006-2401
Paul.denis@dechert.com

Counsel for Defendant Whole Foods Market, Inc.

Clifford H. Aronson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Caronson@skadden.com

Counsel for Defendant Wild Oats Markets, Inc.

Dated: July 25, 2007                   /s/ Marilyn E. Kerst
                                                   Marilyn E. Kerst