UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC., | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| WILD OATS MARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF FILING OF SEALED MATERIAL**

Notice is given that a sealed document, Plaintiff Federal Trade Commission's Response Brief re [4] Motion for Preliminary Injunction, was filed under seal in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order. This document is not available for public viewing.

Respectfully submitted,

Dated: July 25, 2007

   /s/ Eric M. Sprague
Eric M. Sprague
Bureau of Competition
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC  20001
(202) 326-2101 (direct dial)
(202) 326-2071 (facsimile)
esprague@ftc.gov

Counsel for Plaintiff