IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WILD OATS MARKETS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ERRATA TO PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF KELLYANNE CONWAY**

Plaintiff Federal Trade Commission submits the following notice of errata to its Motion *in Limine* to Exclude the Expert Report and Testimony of Kellyanne Conway (the "Conway Motion") (Doc. No. 128), dated July 24, 2007.

As filed with the Court yesterday, Plaintiff's electronic disk did not include a version of Plaintiff's Memorandum of Points and Authorities in Support of the Conway Motion or certain pages of Exhibits 2, 3, 11, and 12 of that Memorandum. (A complete set of all papers was sent to the Defendants.) The attached CD includes these documents.

All of this material is filed under seal, pursuant to this Court's July 10, 2007 Protective Order.

|  | Respectfully submitted, |
|---|---|
| Dated: July 25, 2007 | /s/ Thomas H. Brock<br>Thomas H. Brock, Esq.<br>Federal Trade Commission<br>601 New Jersey Ave., N.W.<br>Washington, DC 20001<br>(202) 326-2813 (direct dial)<br>(202) 326-2284 (facsimile)<br>tbrock@ftc.gov |