IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01021 – PLF |
| ) | |
| WHOLE FOODS MARKET, INC., ) | |
| ) | |
| And ) | |
| ) | |
| WILD OATS MARKETS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' NOTICE OF FILING SEALED MATERIAL**

Notice is given that the Joint Reply Memorandum of Points and Authorities of Whole Foods Markets, Inc. and Wild Oats Markets, Inc. in Opposition to Motion for a Preliminary Injunction was filed under seal pursuant to the Court's July 10, 2007 Protective Order. This document is not available for public viewing.

/s/ Alden L. Atkins
Paul T. Denis (DC Bar No. 437040)
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
Telephone: (202) 261-3430
Facsimile: (202) 261-3333

Alden L. Atkins (DC Bar No. 393922)
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC  20004-1008
Telephone: (202) 639-6500
Facsimile: (202) 639-6604

July 25, 2007                    Attorneys for Defendant Whole Foods Market, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET, INC., )<br>)<br>And )<br>)<br>WILD OATS MARKETS, INC., )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 1:07-cv-01021 – PLF<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

**JOINT REPLY MEMORANDUM OF POINTS AND AUTHORITIES
OF WHOLE FOODS MARKET, INC. AND WILD OATS MARKETS, INC.
IN OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**

**CONFIDENTIAL — FILED UNDER SEAL**

**PURSUANT TO PROTECTIVE ORDER ENTERED JULY 10, 2007**