UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1021 (PLF) ) |
| WHOLE FOODS MARKET, INC., | ) ) ) |
| and | ) ) ) |
| WILD OATS MARKETS, INC., | ) ) ) |
| Defendants. | ) ) |

AMENDED ORDER

To ensure that the proceedings in this matter are conducted in an orderly manner and that all parties obtain a fair adjudication, it is hereby ORDERED that:

(1)     The hearing in this matter will begin promptly at 9:00 a.m. on Tuesday July 31, 2007, and will continue at 9:30 a.m. on Wednesday August 1, 2007.  All proceedings will take place in Courtroom 29A of the William B. Bryant Annex to the United States Courthouse.  All participants must be at counsel table when the proceedings are scheduled to commence.  The doors to the Courtroom will open at 8:45 a.m. on Tuesday and at 9:15 a.m. on Wednesday.

(2)     Consistent with the Judicial Council's Policy Guidelines, cameras of any kind (including camera telephones and laptop computer cameras), video cameras of any kind (including video telephones and video cameras connected to laptop computers), and audio recording devices of any kind are not permitted in the Courthouse.

(3) Courtroom 29A.

    A. Reserved Seating.

        (i) Employees, agents and representatives of the defendants may sit on the first row of seats on the right side of the courtroom facing the bench (inside the well), and as much of the first row of the gallery as is necessary.

        (ii) Employees, agents and representatives of the plaintiff may sit on the first row of seats on the left side of the courtroom facing the bench (inside the well), and as much of the first row of the gallery as is necessary.

        (iii) Representatives of the third party intervenors may sit on the second and third row of seats on the left side of the courtroom facing the bench.

        (iv) Sketch artists may sit in the jury box.

    B. Other than items authorized by this Court for counsel to possess, no other individuals are permitted to have in the courtroom cameras, cellular telephones, camera or video telephones, tape recording devices, laptops or other electronic devices.

    C. Paging devices that do not have a transmission capability will be permitted, but their alert signal must be on inaudible or vibration settings.

    D. Photographic, and video and audio recording or transmission of court proceedings are strictly prohibited. Any violation of this prohibition may result in the imposition of contempt sanctions against the violator individually and, if attending in the capacity of an employee or agent, against the employer or principal.

  E. No conversations or gestures that would disrupt the proceedings are permitted.

(4) Courtroom 28A will be a remote location for the audio transmission of the proceedings from Courtroom 29A. Members of the general public and the press are authorized to access this courtroom. Exhibits admitted in evidence and published will not be displayed in this courtroom due to technical inability to do so.

  A. No cameras, cellular telephones, or tape recording devices may be used in the off-site courtroom.

  B. Photographic, and video and audio recording or transmission of court proceedings are strictly prohibited. There shall be no broadcasting from Courtroom 28A. Any violation of this prohibition may result in the closing of the remote facility and the imposition of contempt sanctions against the violator individually and, if attending in the capacity of an employee or agent, against the employer or principal.

  C. Seating in Courtroom 28A will be on a first come first served basis. No one is authorized to sit in the well of this Courtroom, but rather only in the gallery.

(5) Any member of the public or press who desires to view the proceedings from Courtroom 29A or hear the proceedings from Courtroom 28A must comply with any requests made by any Court Security Officer or Court Staff.

       SO ORDERED.


                                            _____/s/_____
                                            PAUL L. FRIEDMAN
                                            United States District Judge

DATE: July 26, 2007