IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 07-cv-01021-PLF |
| WHOLE FOODS MARKET, INC., | ) ) ) |
| - and - | ) ) |
| WILD OATS MARKETS, INC., | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' NOTICE OF FILING SEALED MATERIAL**

Notice is given that Defendants have filed sealed material (additional Exhibits) in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order. These documents are not available for public viewing.

/s/ Paul T. Denis
Paul T. Denis
DC Bar No. 437040
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3430
(202) 261-3333

Counsel for Defendant Whole Foods Market, Inc.