IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 07-cv-01021-PLF |
| WHOLE FOODS MARKET, INC., ) | |
| - and - ) | |
| WILD OATS MARKETS, INC., ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF FILING SEALED MATERIAL

Notice is given that Defendants have filed sealed material (Exhibits DX 633-791, submitted in connection with the Joint Reply Memorandum of Points and Authorities of Whole Foods Market, Inc. and Wild Oats Markets, Inc. in Opposition to Motion for a Preliminary Injunction) in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order. These documents are not available for public viewing.

/s/ Paul T. Denis
Paul T. Denis
DC Bar No. 437040
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3430
(202) 261-3333

Counsel for Defendant Whole Foods Market, Inc.