AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission

        Plaintiff(s)    )    **APPEARANCE**

        vs.    )    CASE NUMBER   07-cv-01021-PLF

Whole Foods Market, Inc. and

Wild Oats Markets, Inc.

        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Catharine M. Moscatelli__ as counsel in this
(Attorney's Name)

case for: __The Federal Trade Commission, a United States Agency__
(Name of party or parties)

July 26, 2007
Date

_[signature]_
Signature

Catharine M. Moscatelli
Print Name

418510
BAR IDENTIFICATION

Federal Trade Commission
Address

Washington, DC 20580
City     State     Zip Code

202 326 2749
Phone Number