AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission )
    Plaintiff(s) )
)
)
    vs. )
Whole Foods Market, Inc., et al. )
)
    Defendant(s) )

**APPEARANCE**

CASE NUMBER   1:07-cv-01021 (PLF)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Matthew J. Reilly__ as counsel in this
                                 (Attorney's Name)

case for:__the Federal Trade Commission (a U.S. government agency)__
                       (Name of party or parties)

July 27, 2007
Date

457884
BAR IDENTIFICATION

_[Signature]_
Signature

Matthew J. Reilly
Print Name

601 New Jersey Ave., NW
Address

Washington, DC  20001
City      State      Zip Code

202-326-2350
Phone Number