IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WILD OATS MARKETS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ERRATA TO THE EXHIBITS TO PLAINTIFF'S CORRECTED BRIEF IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION (Doc. No. 122)**

Plaintiff Federal Trade Commission submits this notice of errata to its Corrected Brief in Support of Its Motion for Preliminary Injunction (Doc. No. 122). This filing supplements the record with Exhibits 69-71, 132, 134, 135, 156-159, 160, 163, and 166 to the Corrected Brief that were inadvertently excluded from the CD submitted to the Court on July 23, 2007. (These exhibits were included in the paper versions of the exhibits filed with the Court.)

This CD is filed under seal pursuant to the Court's July 10, 2007 Protective Order.

                Respectfully submitted,

Dated: July 30, 2007                /s/ Thomas H. Brock
                                                Thomas H. Brock
                                                Federal Trade Commission
                                                601 New Jersey Ave., N.W.
                                                Washington, DC 20001
                                                (202) 326-2813 (direct dial)
                                                (202) 326-2284 (facsimile)
                                                tbrock@ftc.gov