UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET, INC. )<br>)<br>and .)<br>.)<br>WILD OATS MARKETS, INC. .)<br>.)<br>Defendants. .)<br>.) | Civ. No. 07-cv-01021-PLF |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appears as counsel of record for The Kroger Co. in the above referenced matter.

Respectfully submitted,

_/s/ Deborah L Feinstein_
Deborah L Feinstein
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
D.C. Bar No. 412-109

Counsel for The Kroger Co.

Dated: July 31, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2007, I caused the foregoing Notice of Appearance to be filed via electronic mail, and notice of the filing to be served via the CM/ECF system to the counsel of record in this matter who are registered on the CM/ECF. I have also sent separate copies of the foregoing directly to the individuals below by first class mail:

**Matthew P. Hendrickson**
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**Thomas Pak**
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**John Shin**
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

**Terrence J Wallock**
LAW OFFICE OF TERRENCE J. WALLOCK
2224 Pacific Drive
Corona Del Mar, CA 92625

_____
Jordan Esbrook

Dated: July 31, 2007