

1775 I Street, N.W.
Washington, DC 20006-2401
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

**MICHAEL FARBER**

michael.farber@dechert.com
+1 202 261 3438 Direct
+1 202 261 3029 Fax

July 30, 2007

**VIA HAND DELIVERY**

Nancy Mayer-Whittington
Clerk of Court
United States District Court for the
    District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

**RECEIVED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Re:    *Federal Trade Commission v. Whole Foods Market, Inc., et al.*, Civil No. 07-cv-01021 PLF (D.D.C.)

Dear Ms. Mayer-Whittington:

    Pursuant to paragraph 14 of the Protective Order entered by Judge Paul L. Friedman on July 10, 2007 in the above-captioned case, the following documents are to be filed under seal, submitted in connection with the Hearing on Plaintiff's Motion for Preliminary Injunction (scheduled for July 31-August 1):

1. A CD containing electronic copies of all Defendants' Exhibits produced to date and paper copies of Defendants' Exhibits 792 through 809.

2. After conferring with counsel for Plaintiff, a CD containing electronic copies of Defendants' and Plaintiff's joint designations of deposition and investigational hearing transcripts.

Respectfully,

Michael Farber

Enclosures

cc:    Thomas H. Brock, Esq. (via hand delivery)
        Alden L. Atkins, Esq. (via hand delivery)

**Dechert**
LLP

The Hon. Paul L. Friedman
July 30, 2007
Page 2

Clifford H. Aronson, Esq. (via hand delivery or overnight mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-cv-01021-PLF |
| WHOLE FOODS MARKET, INC., | ) |
| - and - | ) |
| WILD OATS MARKETS, INC., | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING SEALED MATERIAL**

Notice is given that Defendants have filed sealed material (Exhibits DX 792-809 and JX 1-41, submitted in connection with the July 31-August 1, 2007 Preliminary Injunction hearing for the above-referenced matter) in electronic and paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order. These documents are not available for public viewing.

/s/ Michael Farber
Michael Farber
DC Bar No. 449215
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3438
(202) 261-3333

Counsel for Defendant Whole Foods Market, Inc.