UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET, INC., )<br>)<br>and )<br>)<br>WILD OATS MARKETS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1021 (PLF) |

ORDER

This matter is before the Court on plaintiff's motion to unseal plaintiff Federal Trade Commission's corrected brief on its motion for preliminary injunction and defendants' response to the motion to unseal. Upon careful consideration, it is hereby

ORDERED that plaintiff's [145] motion to unseal is GRANTED in part and DENIED in part; and it is

FURTHER ORDERED that plaintiff Federal Trade Commission's corrected brief on its motion for preliminary injunction be unsealed with the redactions agreed upon by the parties to remain under seal (i.e. those matters that are highlighted in yellow in plaintiff's

exhibit). In addition, those matters highlighted by the plaintiff in green (the disputed matters) shall also remain under seal.

        SO ORDERED.

                                                          _____/s/_____
                                                          PAUL L. FRIEDMAN
                                                          United States District Judge

DATE: July 31, 2007