IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET, INC. )<br>)<br>and )<br>)<br>WILD OATS MARKETS, INC. )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:07-CV-01021 (PLF) |

**DEFENDANTS' NOTICE OF FILING SEALED MATERIAL**

Notice is given that the Memorandum of Points and Authorities of Defendant Whole Foods Market, Inc. in Opposition to Plaintiff's Motion to Unseal its Memorandum of Points and Authorities in Support of its Motion for Preliminary Injunction was filed under seal pursuant to the Court's July 10, 2007 Protective Order. This document is not available for public viewing.

/s/ Alden L. Atkins
Alden L. Atkins (DC Bar No. 393922)
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC  20004-1008
(202) 639-6500
(202) 639-6604

Paul T. Denis (DC Bar No. 437040)
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3430
(202) 261-3333

July 31, 2007                                    Attorneys for Defendant Whole Foods Market, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION       )<br>                                                              )<br>                    Plaintiff,             )<br>                                                              )<br>              v.                              )<br>                                                              )<br>WHOLE FOODS MARKET, INC.    )<br>                                                              )<br>and                                                 )<br>                                                              )<br>WILD OATS MARKETS, INC.       )<br>                                                              )<br>                    Defendants.          ) | **CONFIDENTIAL**<br><br>Civil Action No.: 1:07-CV-01021 (PLF)<br><br>**FILED UNDER SEAL** |

**MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT WHOLE FOODS MARKET, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

**CONFIDENTIAL — FILED UNDER SEAL**

**PURSUANT TO PROTECTIVE ORDER ENTERED JULY 10, 2007**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WHOLE FOODS MARKET, INC. | ) ) |
| and | ) ) |
| WILD OATS MARKETS, INC. | ) ) |
| Defendants. | ) ) |

Civil Action No.: 1:07-CV-01021 (PLF)

**FILED UNDER SEAL**

**MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT WHOLE FOODS MARKET, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:07-CV-01021 (PLF)<br>)<br>)  **FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT WHOLE FOODS MARKET, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE FOODS MARKET, INC. )<br>)<br>and )<br>)<br>WILD OATS MARKETS, INC. )<br>)<br>Defendants. ) | Civil Action No.: 1:07-CV-01021 (PLF)<br><br>**FILED UNDER SEAL** |

**MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT WHOLE FOODS MARKET, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT C**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:07-CV-01021 (PLF)<br>)<br>)   **FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT WHOLE FOODS MARKET, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**


**EXHIBIT D**

**[Part 1 of 2]**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION    Plaintiff,    v. WHOLE FOODS MARKET, INC. and WILD OATS MARKETS, INC.    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 1:07-CV-01021 (PLF)  **FILED UNDER SEAL** |

**MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT WHOLE FOODS MARKET, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT D**

**[Part 2 of 2]**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 1:07-CV-01021 (PLF) |
| WHOLE FOODS MARKET, INC. | ) | **FILED UNDER SEAL** |
| and | ) | |
| WILD OATS MARKETS, INC. | ) | |
| Defendants. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT WHOLE FOODS MARKET, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT E**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>and<br><br>WILD OATS MARKETS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.: 1:07-CV-01021 (PLF)

**FILED UNDER SEAL**

**MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT WHOLE FOODS MARKET, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT F**