IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 07-cv-01021-PLF |
| WHOLE FOODS MARKET, INC., | ) ) | |
| - and - | ) ) | |
| WILD OATS MARKETS, INC., | ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' NOTICE OF FILING SEALED MATERIAL

Notice is given that Defendants have filed sealed material, The Joint Findings of Fact & Conclusions of Law of Whole Foods Market, Inc., and Wild Oats Markets, Inc. in Opposition to Motion for a Preliminary Injunction and Exhibits thereto, pursuant to the Court's July 10, 2007 Protective Order. These documents are not available for public viewing.

Paul T. Denis
DC Bar No. 437040
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3430
(202) 261-3333

Counsel for Defendant Whole Foods Market, Inc.