# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>WHOLE FOODS MARKET, INC., )<br>)<br>    - and - )<br>)<br>WILD OATS MARKETS, INC., )<br>)<br>    Defendants. ) | Civ. No. 1:07-cv-01021-PLF |

**PLAINTIFF'S NOTICE OF FILING OF SEALED MATERIAL**

Notice is given that a sealed document, Plaintiff Federal Trade Commission's Proposed Findings of Fact, was filed under seal in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order (Doc. No. 100).  This document is not available for public viewing.

Respectfully submitted,

Dated: August 3, 2007

  /s/ Eric M. Sprague
Eric M. Sprague
Bureau of Competition
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC  20001
(202) 326-2101 (direct dial)
(202) 326-2071 (facsimile)
esprague@ftc.gov

Counsel for Plaintiff