IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.,<br><br>- and -<br><br>WILD OATS MARKETS, INC.,<br><br>Defendant. | Civil Action No. 07-CV-01021-plf |

## DEFENDANTS' NOTICE OF FILING PUBLIC RECORD VERSION EXPERT REPORTS

Notice is given that Defendants have filed public record versions of the following previously filed sealed material: Expert Report of David T. Scheffman, Ph.D. (DX 728); Rebuttal Expert Report of David T. Scheffman, Ph.D. (DX 729); and Expert Report of John L. Stanton, Ph.D. (DX 730).

Dated: August 14, 2007

By: /s/ Jeffrey W. Brennan

Jeffrey W. Brennan
DC Bar No. 447438
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
Telephone:  202 261 3326
 Facsimile:  202 261 3333

Counsel for Defendant Whole Foods Market, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of August, 2007, I caused the foregoing Defendants' Notice of Filing Public Record Version Expert Reports, along with public record versions of DX 728, 729, and 730, to be served on the persons listed below by the method stated:

**Attorneys for Plaintiff (by hand)**

Michael J. Bloom
Thomas H. Brock
FEDERAL TRADE COMMISSION
601 Jersey Ave., NW
Washington, D.C. 20001
mjbloom@ftc.gov

**Attorney for Defendant Wild Oats Markets, Inc. (via overnight delivery)**

Clifford H. Aronson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522
caronson@skadden.com

_____
Attorney for Whole Foods Market, Inc.