IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 1:07-cv-01021-PLF |
| ) | |
| WHOLE FOODS MARKET, INC., ) | |
| ) | |
| -and- ) | |
| ) | |
| WILD OATS MARKETS, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff the Federal Trade Commission appeals to the United States Court of Appeals for District of Columbia Circuit from an order of the United States District Court for the District of Columbia, entered August 16, 2007, denying plaintiff's motion for a preliminary injunction in the captioned proceeding.

Respectfully submitted,

August 17, 2007
/s/ Thomas H. Brock
THOMAS H. BROCK (D.C. Bar No. 939207)
MARILYN E. KERST (DC Bar No. 331769)
Attorneys for Plaintiff
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
(202) 326-2813 (direct dial)
(202) 326-2884 (facsimile)
tbrock@ftc.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Appeal was uploaded to the CM/ECF system. In addition, a copy was served on the following counsel via e-mail:

Paul T. Denis, Esq.
Dechert LLP
1775 I Street
Washington, DC  20006-2401
(202) 261-3430
Paul.denis@dechert.com

Alden L. Atkins, Esq.
Vinson & Elkins
The Willard Office Building
1455 Pennsylvania Ave., N.W.
Suite 600
Washington, D.C.  20004-1008
(202) 639-6613
Aatkins@VELaw.com

Clifford H. Aronson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Caronson@Skadden.com

*Attorneys for Defendants*

Dated: August 17, 2007         /s/ Thomas H. Brock
                               Thomas H. Brock
                               Attorney for Plaintiff