# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:07-cv-01021-PLF |
| | ) | |
| WHOLE FOODS MARKET, INC., | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| WILD OATS MARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF FILING OF SEALED MATERIAL

Notice is given that a sealed document, Plaintiff's Motion for Injunction Pending Appeal, was filed under seal in paper format with the Court, pursuant to the Court's July 10, 2007 Protective Order. This document is not available for public viewing.

                                                    Respectfully submitted,

August 17, 2007
                                                    /s/ Thomas H. Brock
THOMAS H. BROCK (D.C. Bar No. 939207)
MARILYN E. KERST (DC Bar No. 331769)
Attorneys for Plaintiff
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
(202) 326-2813 (direct dial)
(202) 326-2884 (facsimile)
tbrock@ftc.gov