UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01021 – PLF |
| ) | |
| WHOLE FOODS MARKET, INC., ) | |
| ) | |
| And ) | |
| ) | |
| WILD OATS MARKETS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' NOTICE OF FILING SEALED MATERIAL

Notice is given that Defendants have filed sealed material, Joint Memorandum of Whole Foods Market, Inc. and Wild Oats Markets, Inc. in Opposition to Motion for an Injunction Pending Appeal, pursuant to the Court's July 10, 2007 Protective Order. These documents are not available for public viewing.

Paul T. Denis
DC Bar No. 437040
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3430
(202) 261-3333

Counsel for Defendant Whole Foods Market, Inc.

Dated: August 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of August, 2007, I caused a true and correct copy of the foregoing Defendants' Notice of Filing Sealed Material to be served, via ECF, on the following:

**Counsel for Plaintiff Federal Trade Commission**

| | |
|---|---|
| Michael J. Bloom | Phone: (202) 326-2475 Bloom |
| Thomas H. Brock | Phone: (202) 326-2813 Brock |
| Eric M. Sprague | Phone: (202) 326-2101 Sprague |
| Thomas J. Lang | Phone: (202) 326-3665 Lang |
| Reid B. Horwitz | Phone: (202) 326-2037 Horwitz |
| FEDERAL TRADE COMMISSION | |
| 601 New Jersey Avenue, N.W. | |
| Washington, D.C. 20001 | |
| Email: mjbloom@ftg.gov | |
| Email: tbrock@ftg.gov | |
| Email: esprague@ftc.gov | |
| Email: tjlang@ftc.gov | |
| Email: rhorwitz1@ftc.gov | |
| | |
| Amanda L. Wait | Phone: (202) 326-2220 |
| FEDERAL TRADE COMMISSION | |
| 600 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20580 | |
| Email: | |

**Counsel for Defendant Wild Oats Markets, Inc.**

| | |
|---|---|
| Gary A. MacDonald | Phone: (202) 371-7260 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| 1440 New York Avenue, N.W. | Fax: (202) 661-9008 |
| Washington, D.C. 20005 | |
| Email: gmacdona@skadden.com | |
| | |
| Clifford H. Aronson   (by overnight delivery) | Phone: (212) 735-2644 Aronson |
| Thomas A. Pak | Phone: (212) 735-2746 Pak |
| Matthew P. Hendrickson | Phone: (212) 735-2066 Hendrickson |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |

Four Times Square  
New York, NY 10036  
Email: caronson@skadden.com  
Email: tpak@skadden.com  
Email: mhendrick@skadden.com  

Fax: (917) 777-2644 Aronson  
Fax: (917) 777-2747 Pak  
Fax: (917) 777-2066 Hendrickson  

Terrence J. Wallock   (by overnight delivery)  
2224 Pacific Drive  
Corona Del Mar, CA 92625  
Email: terry@wallock.com  

Phone: (949) 375-0683  

**Counsel for Defendant Whole Foods Market, Inc.**

Alden L. Atkins  
John D. Taurman  
Neil W. Imus  
VINSON & ELKINS, LLP  
The Willard Office Building  
1455 Pennsylvania Avenue, N.W., Suite 600  
Washington, D.C. 20004-1008  
Email: aatkins@velaw.com  
Email: jtaurman@velaw.com  
Email: nimus@velaw.com  

Phone: (202) 639-6613 Atkins  
Phone: (202) 639-6650 Taurman  
Phone: (202) 639-6675 Imus  

Fax: (202) 879-8813 Atkins  
Fax: (202) 879-8850 Taurman  
Fax: (202) 639-6604 Imus  

/s/ Rebecca P. Dick  
Rebecca P. Dick