IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WHOLE FOODS MARKETS, INC., ) <br> ) <br> and ) <br> ) <br> WILD OATS MARKETS, INC., ) <br> ) <br> Defendant(s) ) <br> ) | Case No.: 1:07-cv-01021-PLF |

## **PRAECIPE**

Plaintiff, Federal Trade Commission, withdraws the appearance of Michael J. Bloom as Lead Attorney and enters the appearance of J. Robert Robertson as Lead Attorney and Counsel of Record in this matter. Plaintiff also withdraws the appearances of Amanda L. Wait, Eric Matthew Sprague, Marilyn E. Kerst, Reid Brian Horowitz, Thomas H. Brock, and Thomas J. Lang in this matter.

                                                                         Respectfully submitted,

                                                                           /s/   J. Robert Robertson
                                                                          J. Robert Robertson
                                                                          DC Bar No. 501873
                                                                          FEDERAL TRADE COMMISSION
                                                                          600 Pennsylvania Avenue, NW
                                                                          Washington, DC 20580
                                                                          Tel:  (202) 326-2008
                                                                          Fax:  (202) 326-2884
                                                                          Email: rrobertson@ftc.gov

Dated: August 12, 2008

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date I filed the foregoing via CM/ECF and served the foregoing via electronic mail to:

Alden L. Atkins, Esq.
Vinson & Elkins
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
Aatkins@velaw.com

Counsel for Defendant Whole Foods Market, Inc.

Paul T. Denis, Esq.
Dechert LLP
1775 I Street
Washington, DC 20006-2401
paul.denis@dechert.com

Counsel for Defendant Whole Foods Market, Inc.

      /s/   J. Robert Robertson
      J. Robert Robertson
      FEDERAL TRADE COMMISSION

Dated: August 12, 2008